AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 FEB 22 A 9: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

Joyce Henderson, Plaintiff

V.

Sherman Financial Group LLC, et al.

APPEARANCE

Case Number: 05 10339 JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joyce Henderson, Plaintiff

I certify that I am admitted to practice in this court.

| 2/21/2005 | *signature* |
|---|---|
| Date | Signature |
| | Christopher M. Lefebvre     629056 |
| | Print Name     Bar Number |
| | Two Dexter Street |
| | Address |
| | Pawtucket     RI     02860 |
| | City     State     Zip Code |
| | (401) 728-6060     (401) 728-6534 |
| | Phone Number     Fax Number |