IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
CLERKS OFFICE
2005 FEB 28  P 2: 29
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| JOYCE HENDERSON; | ) | |
| | ) | |
| Plaintiff, | ) | 05-10339 |
| | ) | |
| v. | ) | Judge Joseph L. Tauro |
| | ) | Magistrate Judith G. Dein |
| SHERMAN FINANCIAL GROUP LLC; | ) | |
| SHERMAN ACQUISITION II, LP; | ) | |
| SHERMAN ACQUISITION II | ) | |
|    GENERAL PARTNER LLC; | ) | |
| ALEGIS GROUP L.P.; and | ) | |
| ALEGIS GROUP LLC; | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff hereby requests permission for Daniel A. Edelman, Cathleen M. Combs and Jeremy P. Monteiro to appear pro hac vice in the above-referenced case. The attorneys of record are members of good standing in the United States District Court for the Northern District of Illinois. The attorneys of record do not reside or maintain offices for the practice of law within the State of Massachusetts. Christopher M. Lefebvre will serve as local counsel for this case. Mr. Lefebvre will attend all court hearings and will accept service on all documents.

Respectfully submitted,

_____ 2/26/05
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

1

## CERTIFICATE OF SERVICE

I hereby certify that on the the 26 day of February, 2005, I caused a true and accurate copy of the forgoing Notice of Motion, and the document referred to herein, to be served upon the below listed parties via U.S. Mail.

Sherman Financial Group LLC
335 Madison Avenue, 19th Floor
New York, NY 10017

Sherman Acquisition II, LP
c/o Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Sherman Acquisition II General Partner LLC
c/o Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Alegis Group LP
15 S. Main St., Suite 600
Greenville, SC 29601

Alegis Group LLC
15 S. Main St., Suite 600
Greenville, SC 29601

_____
Christopher M. Lefebvre

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE HENDERSON; | ) | |
| | ) | |
| Plaintiff, | ) | 05-10339 |
| | ) | |
| v. | ) | Judge Joseph L. Tauro |
| | ) | Magistrate Judith G. Dein |
| SHERMAN FINANCIAL GROUP LLC; | ) | |
| SHERMAN ACQUISITION II, LP; | ) | |
| SHERMAN ACQUISITION II | ) | |
|    GENERAL PARTNER LLC; | ) | |
| ALEGIS GROUP L.P.; and | ) | |
| ALEGIS GROUP LLC; | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF ATTORNEY CATHLEEN M. COMBS

I, Cathleen M. Combs, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on February 24, 2005.

_____
Cathleen M. Combs

Subscribed and sworn before me this
24th day of February, 2005

_____
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOYCE HENDERSON; ) | |
| ) | |
| Plaintiff, ) | |
| ) | 05-10339 |
| ) | |
| v. ) | Judge Joseph L. Tauro |
| ) | Magistrate Judith G. Dein |
| SHERMAN FINANCIAL GROUP LLC; ) | |
| SHERMAN ACQUISITION II, LP; ) | |
| SHERMAN ACQUISITION II ) | |
|     GENERAL PARTNER LLC; ) | |
| ALEGIS GROUP L.P.; and ) | |
| ALEGIS GROUP LLC; ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF ATTORNEY DANIEL A. EDELMAN

I, Daniel A. Edelman, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on February 24, 2005.

_____
Daniel A. Edelman

Subscribed and sworn before me this
24th day of February, 2005.

_____
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

J:\Case\sherman-henderson12.848\pleading\ProHacVice2.18.05    2    SN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE HENDERSON; | ) | |
| | ) | |
| Plaintiff, | ) | 05-10339 |
| | ) | |
| v. | ) | Judge Joseph L. Tauro |
| | ) | Magistrate Judith G. Dein |
| SHERMAN FINANCIAL GROUP LLC; | ) | |
| SHERMAN ACQUISITION II, LP; | ) | |
| SHERMAN ACQUISITION II | ) | |
| GENERAL PARTNER LLC; | ) | |
| ALEGIS GROUP L.P.; and | ) | |
| ALEGIS GROUP LLC; | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ATTORNEY JEREMY P. MONTEIRO

I, Jeremy P. Monteiro, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 2003.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on February 24, 2005.

Jeremy P. Monteiro

Subscribed and sworn before me this
24th day of February, 2005

_____
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07

4