IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

JOYCE HENDERSON,
    Plaintiff

v.                                                         DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP; SHERMAN
ACQUISITION II GENERAL PARTNER LLC;
ALEGIS GROUP, LP AND ALEGIS GROUP,
LLC,
    Defendants

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

The defendants Sherman Financial Group, LLC ("SFG"), Sherman Acquisition II, LP ("SA2LP"), Sherman Acquisition II General Partner, LLC ("SG2GP"), Alegis Group, LP ("AGLP") and Alegis Group, LLC ("AGLLC") (collectively "Sherman Defendants") move that this Court, pursuant to Fed. R.. Civ. P. 12(b)(6), dismiss the plaintiff's complaint on the grounds that it fails to state claims for which relief may be granted. The complaint fails to articulate any breach of duty or conduct by any of the defendants which will support a cognizable cause of action, and accordingly it must be dismissed.

In support, the Sherman Defendants refer to the Memorandum submitted in support of this Motion.

**WHEREFORE**, the Sherman Defendants demand that the complaint be dismissed with prejudice and that they be awarded their costs.

## REQUEST FOR ORAL ARGUMENT

The defendants, pursuant to Local Rule 7.1(D), request that the Court schedule this matter for oral argument.

ID # 424476v01/14451-2

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP; SHERMAN
ACQUISITION II GENERAL PARTNER LLC;
ALEGIS GROUP, LP AND ALEGIS GROUP,
LLC,
By their attorney,

/s/ Steven S. Broadley
_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8004
617-973-6100

Of Counsel:

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 14 day of March, 2005, I caused a copy of the above **Motion to Dismiss** to be mailed to:

Daniel A. Edelman, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603-3403

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI  02860

/s/ Steven S. Broadley
_____
Steven S. Broadley

ID # 424476v01/14451-2