≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN                District of          MASSACHUSETTS

Joyce Henderson, Plaintiff

v.

Sherman Financial Group LLC, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10339 JLT

TO: (Name and address of Defendant)

Alegis Group LP
15 S. Main St., Suite 600
Greenville, SC 29601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    FEB 22 2005
CLERK                                                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3-8 at 1:05pm |
| NAME OF SERVER *(PRINT)* Walter Spires | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service
  Debra Bullock / Legal Director.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-8-05
                Date

Signature of Server

512 Pettigru Street
Greenville SC 29601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.