AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN     District of     MASSACHUSETTS

Joyce Henderson, Plaintiff

v.

Sherman Financial Group LLC, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10339 JLT

TO: (Name and address of Defendant)

Sherman Acquisition II General Partner LLC
c/o Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                FEB 2 2 2005

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE MARCH 8, 2005 at 1:30 PM |
| NAME OF SERVER (PRINT) WILLIAM GOLT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE ON SHERMAN ACQUISITION II GENERAL PARTNER LLC WAS EFFECTUATED BY PERSONALLY SERVING BRIAN PENROD, MANAGING AGENT, DULY AUTHORIZED TO ACCEPT SERVICE. SERVICE WAS MADE AT THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $30.00 | TOTAL $30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/9/05
                Date

*Signature of Server*

DELAWARE ATTORNEY SERVICES
2000 PENNSYLVANIA AVENUE, SUITE 207
WILMINGTON, DE  19806   (302) 429-0657
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.