**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT**

JOYCE HENDERSON,
    Plaintiff

v.

                                    DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, LP AND
ALEGIS GROUP, LLC,
    Defendants

## OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

The defendants oppose the motion of the plaintiff Joyce Henderson ("Henderson") to file and serve an amended complaint which adds a claim under Massachusetts General Laws c.93A. In sum, the motion to amend must be denied on the grounds that Henderson's claim is subject to dismissal for the reasons stated in the defendants' Motion to Dismiss (no violation of FDCPA or other statute, no breach of any duty by the defendants, no actual damages, and Henderson has no standing to pursue claims); in light of those deficiencies, amending the complaint would be futile. If the Court is inclined to consider and allow the Motion to Dismiss on the merits, there will be no remaining claims which could form the basis for a claim under M.G.L. c.93A. Dismissal of the original complaint would dismiss all allegations of statutory violation, and the only basis for the requested M.G.L. c.93A amendment is that the state law claim is derivative of the claimed FDCPA violation.

The Motion to Amend must be denied as futile.

ID # 426242v01/14451-2/ 03.30.2005

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP; SHERMAN
ACQUISITION II GENERAL PARTNER LLC;
ALEGIS GROUP, LP AND ALEGIS GROUP,
LLC,
By their attorney,

Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8004
617-973-6100

Of Counsel:

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 1st day of April, 2005, I caused a copy of the above **Opposition to Plaintiff's Motion for Leave to File An Amended Complaint** to be mailed to:

Daniel A. Edelman, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI  02860

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

Steven S. Broadley

ID # 426242v01/14451-2/ 04.01.2005

2