IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

JOYCE HENDERSON,
    Plaintiff

v.     DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, LP AND
ALEGIS GROUP, LLC,
    Defendants

## MOTION FOR LEAVE TO ADMIT MICHAEL S. PONCIN PRO HAC VICE

    In accordance with Rule 83.5.3(b), Steven S. Broadley, a member of the bar of this Court and the Commonwealth of Massachusetts, respectfully moves for the admission pro hac vice of Michael S. Poncin of the Law Firm of Moss & Barnett, P.A., 4800 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, to appear and practice in this Court on this case as co-counsel for defendants Sherman Financial Group, LLC ("SFG"), Sherman Acquisition II, LP ("SA2LP"), Sherman Acquisition II General Partner, LLC ("SG2GP"), Alegis Group, LP ("AGLP") and Alegis Group, LLC ("AGLLC") (collectively "Sherman Defendants"). As detailed in the Affidavit of Attorney Poncin (attached hereto as Exhibit A), he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the $50.00 admission fee has been submitted to the Clerk of the Court. Attorney Poncin's firm is and has been counsel for the Sherman Defendants in litigation brought or pending in several jurisdictions. I have previously entered my appearance as counsel for the Sherman Defendants.

WHEREFORE, Steven S. Broadley hereby respectfully requests that the Court grant this Motion for Leave to Admit Michael S. Poncin Pro Hac Vice.

          Respectfully submitted,
SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP; SHERMAN ACQUISITION II GENERAL PARTNER LLC;
ALEGIS GROUP, LP AND ALEGIS GROUP, LLC,
By their attorney,

_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617-973-6100

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 26 day of April, 2005, I caused a copy of the above **Motion to Admit** to be mailed to:

Daniel A. Edelman, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

_____
Steven S. Broadley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

JOYCE HENDERSON,
    Plaintiff

v.                                          DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, LP AND
ALEGIS GROUP, LLC,
    Defendants

## AFFIDAVIT OF MICHAEL S. PONCIN

I, Michael S. Poncin, do hereby state, as follows:

1.    I am an attorney in the law firm of Moss & Barnett, P.A., 4800 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402. I represent the defendants in this action and in other matters of similar kind brought against these defendants.

2.    I am an attorney admitted to practice in the following courts: State Courts of Minnesota, United States District Court for the District of Minnesota.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I have read and am familiar with the Local Rules of the United States Court for the District of Massachusetts.

5.    I respectfully request admission pro hac vice to the United States District Court for the District of Massachusetts.

                                                            Michael S. Poncin, Esquire
                                                            Moss & Barnett, P.A.
                                                            4800 Wells Fargo Center
                                                            90 South Seventh Street
                                                            Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 26 day of April, 2005, I caused a copy of the above **Affidavit of Michael S. Poncin** to be mailed to:

Daniel A. Edelman, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI  02860

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

_____
Steven S. Broadley

ID # 424569v01/14451-2/ 03.25.2005