UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOYCE HENDERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10339-JLT |
| | * | |
| SHERMAN FINANCIAL | * | |
| GROUP, LLC et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

May 16, 2005

TAURO, J.

This court hereby orders that:

1. Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) [#5] is DENIED; and

2. Plaintiff's Motion for Leave to File an Amended Complaint [#7] is ALLOWED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge