UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOYCE HENDERSON,                    *
                                    *
            Plaintiff,              *
                                    *
      v.                            *        Civil Action No. 05-10339-JLT
                                    *
SHERMAN FINANCIAL                   *
GROUP, LLC et al.,                  *
                                    *
            Defendants.             *

ORDER

October 4, 2005

TAURO, J.

      After a Conference held on October 4, 2005, this court hereby orders that:

1.    Defendants may depose the following: (1) Joyce Henderson; and (2) Mary L. Burt;

2.    The abovementioned depositions must be completed by November 3, 2005;

3.    Defendants have until December 5, 2005 to file a Motion for Summary Judgment;

4.    Plaintiff has until January 4, 2006 to file a Response to the abovementioned

      Motion for Summary Judgment;

5.    No other discovery will be permitted without leave of this Court; and

6.    A Further Conference will be held on January 12, 2006.

IT IS SO ORDERED.

                                    ___/s/ Joseph L. Tauro___
                                    United States District Judge