IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

JOYCE HENDERSON,
    Plaintiff

v.                                                          DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP; SHERMAN
ACQUISITION II GENERAL PARTNER LLC;
ALEGIS GROUP, LP AND ALEGIS GROUP,
LLC,
    Defendants

## CERTIFICATION

Counsel for the defendants have conferred with the defendants and clients:

(a)    with a view to establishing a budget for full litigation of this matter and in the event that alternative courses are chosen; and

(b)    to consider resolving the litigation through the use of alternative dispute resolution methods as outlined in Local Rule 16.4.

SHERMAN ACQUISITION II GENERAL
PARTNER LLC
By its attorneys,

_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617-973-6100

_____
Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-347-0300

ID # 443736v01/14451-2/ 10.06.2005

| SHERMAN FINANCIAL GROUP, LLC | SHERMAN ACQUISITION II, LP |
|---|---|
| /s/ | /s/ |
| RESURGENT CAPITAL SERVICES, LP f/k/a ALEGIS GROUP, LP | ALEGIS GROUP, LLC |
| /s/ | /s/ |

SHERMAN ACQUISITION II GENERAL PARTNER LLC

/s/

### CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 6 day of ~~September,~~ October 2005, I caused a copy of the **Certification** to be mailed to:

Daniel A. Edelman, Esquire
Cathleen M. Combs, Esquire
Jeremy P. Monteiro, Esquire
Edelman, Combs, Lattumer & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

/s/ Steven S. Broadley
Steven S. Broadley

ID # 443736v01/14451-2/ 09.15.2005