IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

JOYCE HENDERSON,
  Plaintiff

v.                                                         DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP; SHERMAN
ACQUISITION II GENERAL PARTNER LLC;
ALEGIS GROUP, LP AND ALEGIS GROUP,
LLC,
  Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

Defendants Sherman Financial Group, LLC ("SFG"), Sherman Acquisition II, LP ("SA2LP"), Sherman Acquisition II General Partner, LLC ("SA2GP"), Alegis Group, LP ("AGLP") and Alegis Group, LLC ("AGLLC") (collectively "Defendants") move, pursuant to Fed. R. Civ. P. 56, that the claims of the plaintiff Joyce Henderson ("Henderson") be dismissed with prejudice on the grounds that there are no material, disputed facts and that judgment of dismissal is required as a matter of law. In addition to the failure of the substantive claims raised in the action, the named plaintiff is lacking the characteristics and an injury in fact which would give her standing to pursue the claims. In support of this Motion, defendants refer to the Affidavit of Steven S. Broadley and to their supporting Memorandum, filed herewith.

ID # 452208v01/14451-2/ 12.05.2005

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II
GENERAL PARTNER, LLC;
RESURGENT CAPITAL SERVICES, LP f/k/a
ALEGIS GROUP, LP; and
ALEGIS GROUP, LLC,
By their attorneys,

_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 33rd Floor
Boston, MA 02199-8004
617-973-6100
sbroadley@pbl.com

Of Counsel:

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 5 day of December, 2005, I caused a copy of the **Defendants' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56** to be mailed to:

Jeremy P. Monteiro, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

_____
Steven S. Broadley

ID # 452208v01/14451-2/ 12.05.2005