IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

JOYCE HENDERSON,
  Plaintiff

v.                      DOCKET NO.: 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, LP AND
ALEGIS GROUP, LLC,
  Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The defendants, by their counsel, hereby certify that, in advance of filing their Motion for Summary Judgment, they conferred with plaintiff's counsel in a good faith attempt to narrow the issues in dispute. Those discussions were unsuccessful as represented jointly to the Court on October 4, 2005.

                                      **SHERMAN FINANCIAL GROUP, LLC;**
                                      **SHERMAN ACQUISITION II, LP;**
                                      **SHERMAN ACQUISITION II**
                                      **GENERAL PARTNER, LLC;**
                                      **RESURGENT CAPITAL SERVICES, LP f/k/a**
                                      **ALEGIS GROUP, LP; and**
                                      **ALEGIS GROUP, LLC,**
                                      By their attorneys,

                                      _/s/ Steven S. Broadley_
                                      Steven S. Broadley, BBO #542305
                                      Posternak Blankstein & Lund, LLP
                                      Prudential Tower
                                      800 Boylston Street, 33rd Floor
                                      Boston, MA 02199-8004
                                      617-973-6100
                                      sbroadley@pbl.com

Of Counsel:

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

## CERTIFICATE OF SERVICE

      I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this ___ day of December, 2005, I caused a copy of the **Certification Pursuant to Local Rule 7.1(a)(2)** to be mailed to:

Jeremy P. Monteiro, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI  02860

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

_____
Steven S. Broadley