

# Posternak

POSTERNAK BLANKSTEIN & LUND LLP

February 24, 2006

Steven S. Broadley
617-973-6136
617-722-4909 FAX
sbroadley@pbl.com

Civil Clerk's Office
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:    *Joyce Henderson v. Sherman Financial Group, LLC et als.*
       Docket No. 05-10339 JLT

Dear Sir or Madam:

We understood that the original date for hearing argument on the defendant's summary judgment motion was cancelled based on the Court's schedule. Have you settled on a new date yet for that hearing?

Thanks.

Very truly yours,

Steven S. Broadley

SSB/jlf
ID # 461820v01/14451-2

Prudential Tower    800 Boylston Street    Boston, MA 02199-8004    617.973.6100    *fax* 617.367.2315    www.pbl.com