UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOYCE HENDERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10339-JLT |
| | * | |
| SHERMAN FINANCIAL GROUP, LLC et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

May 30, 2006

TAURO, J.

After a Conference held on May 25, 2006, this court hereby orders that:

1. The Parties have until June 26, 2006 to agree to certain stipulations regarding class certification;

2. Plaintiff has until July 26, 2006 to file a Motion for Class Certification;

3. Defendant has until August 25, 2006 to respond to the abovementioned Motion for Class Certification; and

4. A Further Conference will be held on September 5, 2006, at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge