IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOYCE HENDERSON,<br>    Plaintiff<br><br>v.<br><br>SHERMAN FINANCIAL GROUP, LLC;<br>SHERMAN ACQUISITION II, LP;<br>SHERMAN ACQUISITION II<br>GENERAL PARTNER, LLC;<br>ALEGIS GROUP, LP; and<br>ALEGIS GROUP, LLC,<br>    Defendants | DOCKET NO.: 05-CV-10339 JLT |

## JOINT MOTION TO AMEND SCHEDULE FOR FURTHER ACTIVITY

On May 30, 2006, the Court established a timeline for the filing and hearing of plaintiff's Motion for Class Certification, with target deadlines of June 26 (stipulations), July 26 (filing the motion), August 25 (filing the opposition), and September 5 (hearing). The parties jointly request an extension of these deadlines so that they can properly complete these tasks and present the issues to the Court in a comprehensive way.

The parties request amendment of the target dates, with the Court's approval, as follows:

1. Completion of Stipulations — July 17
2. Filing of Motion — August 16
3. Filing of Opposition — September 15
4. Hearing — Any date after September 22

The parties believe these new dates will permit completion of the required tasks.

ID # 477264v01/14451-2/ 07.07.2006

| | |
|---|---|
| **JOYCE HENDERSON**<br>By her attorneys,<br><br>/s/ Jeremy P. Monteiro (with consent)<br><br>Daniel A. Edelman, Esquire PHV<br>Jeremy P. Monteiro, Esquire PHV<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, IL 60603-3403<br>312-739-4200<br><br>Christopher M. Lefebvre, Esquire<br>Law Offices of Claude Lefebvre & Sons<br>Two Dexter Street<br>Pawtucket, RI 02860 | **SHERMAN FINANCIAL GROUP, LLC;**<br>**SHERMAN ACQUISITION II, LP;**<br>**SHERMAN ACQUISITION II**<br>**GENERAL PARTNER, LLC;**<br>**ALEGIS GROUP, LP; and**<br>**ALEGIS GROUP, LLC,**<br>By their attorney,<br><br>_____<br>Steven S. Broadley, BBO #542305<br>Posternak Blankstein & Lund, LLP<br>Prudential Tower<br>800 Boylston Street, 33rd Floor<br>Boston, MA 02199-8004<br>617-973-6100<br><br>Of Counsel:<br>Michael S. Poncin, Esquire<br>Moss & Barnett, P.A.<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |

## CERTIFICATE OF SERVICE

      I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 7 day of July, 2006, I caused a copy of the **Joint Motion to Amend Schedule for Further Activity** to be mailed to:

Daniel A. Edelman, Esquire
Jeremy P. Monteiro, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

_____
Steven S. Broadley