# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE HENDERSON; | ) | |
| | ) | |
| Plaintiff, | ) | 05-10339 |
| | ) | |
| v. | ) | Judge Joseph L. Tauro |
| | ) | Magistrate Judith G. Dein |
| SHERMAN FINANCIAL GROUP LLC; | ) | |
| SHERMAN ACQUISITION II, LP; | ) | |
| SHERMAN ACQUISITION II | ) | |
|    GENERAL PARTNER LLC; | ) | |
| ALEGIS GROUP L.P.; and | ) | |
| ALEGIS GROUP LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AGREED MOTION TO STAY PROCEEDINGS PENDING FINALIZATION OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff through her attorneys, respectfully requests this Honorable Court enter an order staying these proceedings for sixty days. In support of this Motion, Plaintiff states as follows:

1. The parties have reached a class action settlement which will resolve all claims in this case. Plaintiff estimates sixty days is needed to finalize the written documentation and present the settlement to this Court for preliminary approval.

2. At the time of the settlement, the parties were in the process of briefing a Motion for Class Certification and a hearing had been scheduled on that Motion for September 12, 2006.

3. Plaintiff requests a stay of all pending matters, including the Motion for Class Certification, while the parties finalize the settlement, which Plaintiff anticipates will take sixty days.

4. Plaintiff has conferred with counsel for Defendants and Defendants agree to the

relief sought in this Motion.

    WHEREFORE Plaintiff respectfully requests this Court enter an order staying these proceedings for sixty days.

                      Respectfully submitted,

                      /s/ Jeremy P. Monteiro
                      Jeremy P. Monteiro (pro hac vice)

                      Daniel A. Edelman (pro hac vice)
                      Cathleen M. Combs (pro hac vice)
                      Jeremy P. Monteiro (pro hac vice)
                      EDELMAN, COMBS, LATTURNER
                            & GOODWIN LLC
                      120 S. LaSalle Street, 18th Floor
                      Chicago, Illinois  60603
                      (312) 739-4200
                      (312) 419-0379 (FAX)

                      Christopher M. Lefebvre
                            Law Offices of Claude Lefebvre & Sons
                      P.O. Box 479
                      Pawtucket, RI  02862
                      401-728-6060
                      401-728-6534 (Facsimile)
                      R.I. Bar No. 4019

**CERTIFICATE OF SERVICE**

      I, Jeremy P. Monteiro, hereby certify that on August 24, 2006, a copy of the foregoing **PLAINTIFF'S AGREED MOTION TO STAY PROCEEDINGS PENDING FINALIZATION OF CLASS ACTION SETTLEMENT AGREEMENT** was filed electronically. Parties were served a copy of the filed document via the below listed methods.

Notified via the Court's electronic filing system:

Steven S. Broadley
sbroadley@pbl.com

Served via US Mail and Facsimile:

Michael S. Poncin
**Moss & Barnett, P.A.**
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 339-6686 (Fax)

                        /s/ Jeremy P. Monteiro
                        Jeremy P. Monteiro (pro hac vice)

                        Daniel A. Edelman (pro hac vice)
                        Cathleen M. Combs (pro hac vice)
                        Jeremy P. Monteiro (pro hac vice)
                        EDELMAN, COMBS, LATTURNER
                        & GOODWIN LLC
                        120 S. LaSalle Street, 18th Floor
                        Chicago, Illinois  60603
                        (312) 739-4200
                        (312) 419-0379 (FAX)

                        Christopher M. Lefebvre
                        Law Offices of Claude Lefebvre & Sons
                        P.O. Box 479
                        Pawtucket, RI  02862
                        401-728-6060
                        401-728-6534 (Facsimile)
                        R.I. Bar No. 4019