UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOYCE HENDERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10339-JLT |
| | * | |
| SHERMAN FINANCIAL | * | |
| GROUP, LLC et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

September 13, 2006

TAURO, J.

After a Conference held on September 12, 2006, this court hereby orders that:

1. Once settlement is finalized, the parties will submit a Motion for Approval by October 12, 2006;

2. A Status Conference will be held on October 25, 2006, at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge