**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOYCE HENDERSON; | ) | |
| | ) | |
| Plaintiff, | ) | 05-10339 |
| | ) | |
| v. | ) | Judge Joseph L. Tauro |
| | ) | Magistrate Judith G. Dein |
| SHERMAN FINANCIAL GROUP LLC; | ) | |
| SHERMAN ACQUISITION II, LP; | ) | |
| SHERMAN ACQUISITION II | ) | |
| GENERAL PARTNER LLC; | ) | |
| ALEGIS GROUP L.P.; and | ) | |
| ALEGIS GROUP LLC; | ) | |
| | ) | |
| Defendants. | ) | |

## PRELIMINARY APPROVAL ORDER

This matter coming before the Court on Plaintiff's request for preliminary approval of a Class Settlement Agreement ("Agreement") with Defendants, and notice to the class, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1.     The Court finds that the proposed settlement is within the range of fairness and reasonableness and grants preliminary approval to it.

2.     The Court certifies, for settlement purposes only the following class:  All persons in Massachusetts who received a debt collection letter containing or accompanied by the privacy notice sent by or on behalf of a member of the Sherman Family of Companies ("Sherman") on or after February 22, 2004 and before March 14, 2005.

3.     The Court appoints, for settlement purposes, Joyce Henderson as representative of the classes. The Court appoints, for settlement purposes, the law firm of Edelman, Combs, Latturner & Goodwin LLC as counsel for the class.

4.     A hearing on the fairness and reasonableness of the Agreement and

whether final approval shall be given to it and the requests for fees and expenses by counsel for the class will be held before this Court on $\underline{JAN\ 30^{th},2007}$, at $\underline{2:15}$ p.m.

5.      The Court approves the proposed form of notice to the class, to be directed to the last known address of the class members as shown on Defendants' records. Defendants will mail, or cause to be mailed notice to class members on or before $\underline{11\ 27}$ 2006. Any mail returned with a forwarding address will be re-mailed. Defendant will have the notice sent by any form of bulk mail that provides address forwarding mail to each address.

6.      The Court finds that mailing of the class notice and the other measures specified above to locate and notify members of the classes is the only notice required and that such notice satisfies the requirements of due process and Fed. R. Civ. P. 23(c)(2)(B).

7.      Class members shall have until $\underline{1/16}$ , 2007 to opt-out, object to the proposed settlement, or file an appearance. Any class members who desire to exclude themselves from the action must file a request for exclusion with the Clerk of the District Court of Massachusetts, Eastern Division and serve copies of the request on counsel for both Plaintiff and Defendants by that date. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the District Court of Massachusetts, Eastern Division, and serve copies of the objection on counsel for both Plaintiff and Defendants by that date. Any objection must include the name and number of the case and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the class. Objectors, who have filed written objections to the settlement, may also appear at the hearing and be heard on the fairness of the settlement.

2

DATE: _____ 10/25/06                    ENTER: _____

                                        The Honorable Joseph L. Tauro
                                        United States District Court Judge