Thomas P. McDonough
86 Mooreland Road
Melrose, MA 02176-3308



January 1, 2007

Clerk of the United States District Court
For the District of Massachusetts
Eastern Division
1 Courthouse Way
Boston, MA 02210

**RE: Case No 12848 05-10339   Henderson vs. Sherman Financial Group**
     **Court File No 05-10339 JLT**

Please exclude me from the above class action suit and settlement

Sincerely,

Thomas P McDonough
86 Mooreland Road
Melrose, MA 02176-3308

Cc    Edelman,Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street   Suite 1800
      Chicago, IL 60603

      Steven S Broadley
      Posternak, Blankstein & Lund
      800 Boylston Street
      Boston, MA 02199