05cv10339-JLT

FILED
CLERKS OFFICE
1/10/07
2007 JAN 11 P 12:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

To Judge Tauro
Courtroom 20
1 Courthouse Way
Boston, Mass. 02210

I have no transportation to Boston for
Court on Jan. 30, 2007 at 2:15 pm for Sherman
Financial Group, LLC; Sherman Acquisition II, LP;
Sherman Acquisition II General Partner LLC; Alegis
Group, L.P. and Alegis Group, LLC. Case # 12848 05-10339JLT.

I can make a #20.— (Twenty dollar) payment
each month by the 21ST of the month. I have
enclosed my income + expenses for a month + my
expenses are more than my income. I will
have to get less of my medications + food for
each month. I also have no money for a lawyer.

Thank you.

Linda M Boutwell
N.D.C. B.4. 843
Wendell, Mass. 01379
phone 1-413-423-3650

my income every other week is $687. so for the
month I get $1,394.

_____

my expenses for the month are:

① room + board $225.
② storage $292.
③ heat elec. - $104.
④ apartment gas $20.
⑤ dental Hubbard - $40.
⑥ Bank of America $35.
⑦ phone + TV - $170.
⑧ medicine co-pay - $300.
⑨ Dr. Baxter - chiropractor - $65.
⑩ food - $200.
⑪ vehicle insurance - $150.
⑫ uncovered medicals - $100.
⑬ gas for truck - $200.
⑭ doctors - $15.
⑮ Wolpoff + Abramson - $20.

my expenses total $1,936.

Linda Missouriwet