## COMMONWEALTH OF MASSACHUSETTS

Clerk of the U.S. District Court
District of Massachusetts, Eastern Division
1 Courthouse Way
Boston, MA 02210

### REQUEST FOR EXCLUSION FROM
Class Action/Proposed Settlement in the United States District Court for the District of Massachusetts -Eastern Division-Hearing on January 30, 2007 @2:15 p.m.

| | |
|---|---|
| **Joyce Henderson,**  **Plaintiff** | **Court File No. 05-10339JLT** |

vs.

**Sherman Financial Group, LLC; Sherman Acquisition II L.P;**
**Sherman Acquisition II General Partner LLC; Alegis Group, L.P.**
**and Alegis Group, LLC,**
**Defendants**

To: Clerk of the United States District Court for District of Massachusetts Eastern Division:

Please be advised that I, Jurgen Drolsbach, was sent a Notice regarding the above entitled matter which stated that I was identified in the Sherman Files as a class member for two separate accounts as a Plaintiff in the above entitled class action lawsuit.
This letter serves as **my request for Notice of Exclusion for I do not wish to participate in the above Class Action Lawsuit and the Settlement.**

**CERTIFICATE OF SERVICE**
   My Request for Exclusion from both the Class Action and the Settlement is done in a timely
      manner in accordance with the deadline stated in Notice being prior to January 16, 2007.
I, Jurgen Drolsbach, do hereby certifify that on January 6, 2007, I served by mailing via U.S.P.S. Certified Mail- Return Receipt #7005 1820 0002 6197 4956 to the Clerk of the United States District Court of Massachusetts, Eastern Division, 1 Courthouse Way, Boston, MA 02210
**my Request for Exclusion from the Class Action Lawsuit and the Settlement in the above entitled matter -Court File. #05-10339 Case #12848 05-10339** and sent copies to:
CLASS COUNSEL, Daniel A. Edelman (12848) of Edelman, Combs, Latturner & Goodwin LLC, 120 S. LaSalle St. Suite 1800, Chicago, Ill. 60603 and to the Attorneys for the Defendant, Steven S. Broadley of Posternak, Blankstein & Lund LLP, 800 Boylston St., Boston, MA 02199.

January 6, 2007

*Jurgen Drolsbach* (signature)
JURGEN DROLSBACH, Pro Se
P.O. Box 704 -Main St
Brookfield, MA 01506

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JOYCE HENDERSON,

          Plaintiff,

v.

SHERMAN FINANCIAL GROUP, LLC; SHERMAN
ACQUISITION II, LP; SHERMAN ACQUISITION II
GENERAL PARTNER LLC; ALEGIS GROUP, L.P.
AND ALEGIS GROUP, LLC,

          Defendants.

COURT FILE NO. 05-10339 JLT

## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**TO:** Individuals in Massachusetts who received a debt collection letter containing or accompanied by the privacy notice sent by Alegis Group, L.P. on behalf of a member of the Sherman Family of Companies ("Sherman") on or after February 22, 2004 and before March 14, 2005. You are being sent this notice because you have been identified in Sherman's files as a class member entitled to recovery in this lawsuit.

*PLEASE READ THIS NOTICE CAREFULLY.*
*THIS IS NOT A NOTICE OF A LAWSUIT AGAINST YOU.*
*YOU MAY BENEFIT FROM READING THIS NOTICE.*

### WHAT THIS LAWSUIT IS ABOUT

This class action lawsuit is pending in the United States District Court for the District of Massachusetts, alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and Mass. G.L., ch. 93A, § 9 ("93A"), in connection with privacy notice sent to Plaintiff by and on behalf of Sherman. Plaintiff in this case alleged that the privacy notice violated the FDCPA because it contained false and misleading statements regarding the legal authority which Sherman had to disclose certain information about the Plaintiffs.

In the course of the litigation, Plaintiff and Sherman agreed to settle Plaintiff's claim because they concluded that settlement was preferable to expending further resources in what might prove to be protracted and expensive litigation.

On October 25, 2006, Judge Joseph L. Tauro, District Judge of the United States District Court for the District of Massachusetts granted preliminary approval of the Class Action Settlement Agreement (hereinafter "Settlement"), subject to a fairness hearing. At the preliminary approval hearing, Judge Tauro appointed Joyce Henderson as representative of the class. Judge Tauro also appointed the law firm of Edelman, Combs, Latturner & Goodwin LLC, as Class Counsel ("Class Counsel").

**The fairness hearing will take place on January 30, 2007, at 2:15 p.m. before Judge Tauro in Courtroom 20 at 1 Courthouse Way, Boston, Massachusetts 02210.**

You are being sent this notice because you appear to be a member of the class covered by the Settlement. This notice explains the nature of the lawsuit and the terms of the Settlement, and informs you of your legal rights and obligations.

### NO ADMISSION OF LIABILITY BY DEFENDANT

By settling this lawsuit, Sherman is not admitting that it has done anything wrong. Sherman expressly denies that it did anything wrong.

1

EF08UQ/NCP/11-06

Plaintiff and Plaintiff's attorneys have examined the risks of pursuing Plaintiff's claims to judgment and have concluded that this settlement is fair, reasonable, and prudent.

## FAIRNESS HEARING

A hearing will be held on the fairness of the proposed settlement. At the hearing, the Court will be available to hear any objections and arguments concerning the fairness of the proposed settlement, including the amount of the award to plaintiff's attorneys for their costs and fees. The hearing will take place on January 30, 2007, at 2:15 p.m. before Judge Tauro in Courtroom 20 at 1 Courthouse Way, Boston, Massachusetts 02210. YOU ARE NOT OBLIGATED TO ATTEND THIS HEARING.

## YOUR OPTIONS

**A.     Accept the Settlement.** If you wish to receive the benefits of the Settlement described above, you do not need to take any further action. If the Settlement is approved by Judge Tauro, you will receive a credit or refund depending upon class membership. **You are not required to appear at the Fairness Hearing on January 30, 2007, at 2:15 p.m.**

**B.     Representation by an attorney.** You will be represented by Class Counsel without additional charge. Or, if you prefer, you may enter your own appearance or ask the Court to allow you to participate in the settlement through your own attorney. If you wish to participate on your own or through your own attorney, an appearance must be filed with the Court by **January 16, 2007**. If you participate through your own attorney, it will be at your expense.

**C.     You have the right to exclude yourself from both the class action and the settlement.** In order to properly exclude yourself from both the class action and the settlement you must do the following:

1. File a request for exclusion with the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, 1 Courthouse Way, Boston, Massachusetts 02210. The request for exclusion must be received by the Clerk of the Court on or before **January 16, 2007**. The request must refer to your name, address, and the name and number of the case.

2. You must also send copies of the request for exclusion to Class Counsel and the attorneys for Sherman. These attorneys cannot represent you. The attorneys' proper addresses are as follows:

Class Counsel:
    Daniel A. Edelman (12848)
    Edelman, Combs, Latturner & Goodwin LLC
    120 South LaSalle Street, Suite 1800
    Chicago, IL 60603
    (312) 917-4504
    (312) 419-0379 (fax)
    1-800-644-4673 (toll free)
    info@edcombs.net
    www.edcombs.com

Defendant's Attorneys:
    Steven S. Broadley
    POSTERNAK BLANKSTEIN & LUND LLP
    800 Boylston Street
    Boston, Massachusetts 02199
    617.973.6136
    617.722.4909 (fax)

**D.     If you object to the settlement and wish to submit an objection rather than simply exclude yourself from the class action**, you must do the following:

1. Submit your objection in writing to the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, 1 Courthouse Way, Boston, Massachusetts 02210. The objection must be received by the Clerk of the Court on or before January 16, 2007. The objection must refer to the name and number of the case. Please note that it is not sufficient to simply state that you object. You must state reasons why the settlement should not be approved.

3