Gina M. Garofalo
102 Tenney Street
Methuen, MA 01844

FILED
CLERKS OFFICE

2007 JAN 12 P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Thursday, January 11, 2007

Clerk of the United States District Court
For The District of Massachusetts Eastern Division
1 Courthouse Way
Boston, MA 02210

Daniel A. Edelman (12848)
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
FAX: (312) 419-0379

Steven S. Broadley
POSTERNAK BLANKSTEIN & LUND, LLP
800 Boylston Street
Boston, MA 02199
FAX: (617) 722-4909

Dear Madam or Sir,

I'm writing this letter to request for exclusion of myself from both the Class Action and the Settlement. COURT FILE NO.05-10339 JLT.

Sincerely,
Gina M. Garofalo

*Gina M. Garofalo*