[illegible]

FILED
CLERKS OFFICE
2007 JAN 24 P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]