112 Peck Bros. Rd.
Thompson, Mass. 01057
Jan. 23, 2007

FILED
CLERKS OFFICE
2007 JAN 26 P 12:32
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Clerk of Courts,

For the U.S. District Court for the District of Mass. Eastern Division. Court file # 05-10339 JLT. I was so glad to receive this notice against Shuman financial group. I had been harrassed by Sears as soon as I made a first payment. They put my purchase on 2 separate accounts. One for $8 another for $18. I paid them, they called and stated that I did not pay them even though I did. It went on follow up for several years despite the payments. I was harrassed to the point of confusion. I sent them money & they kept attaching interest. I was not treated fairly by Sears. I had a disability from working for the deaf & hearing impaired and I could not see for at least 4 years. It was cataracts in both eyes which prevented me from paying my bills without help, working, driving and doing every-day tasks which was difficult as well as dangerous. They continued to harrasse me despite my circum- stances. I finally paid them off for $702 they said, my account with them was settled per agree- ment. I believed them. I sent the money in good faith. I paid way over what the items were worth. $100 here and $100 there. Then after a few months, I started receiving calls from Shuman financial group demanding payment. I called Sears they had no record of my payments they weren't paid. It was not their fault it was mine.

I was really getting fed up with their behavior in this matter. I purchased the Computer in 2000 I figured I could use it for work, it would help to know my job better, but I made a huge mistake by doing business with Sears. They were unethical, unreasonable and annoying calling 2-3 times a day, several days a week. They harrassed me. I have never been treated like this before. Especially Sears they are suppose to be icon. I grew up with the Company, my parents purchased items from them. They used unethical business tactics. I looked in their maintenance agreement Depo for 2 years 1991-1993. I hope that I understand this letter. That this will be settled in Court. I just am so grateful for someone else complaining about this treatment, and this action being taken. I feel that $20 per person is no way enough to compensate for their harrassement especially as I could not see. Difficulty getting to the phone. I probably won't attend this hearing in Boston but hopefully this letter will make my feelings known. I did not enter into a purchase thinking I would be subjected to such treatment. They owe me much more they ever called where I worked & harrassed my employer when my bill had been paid. I will be glad to have this over with but $20 is not enough. I agree to have this settled Sherman did do things wrong, they harrassed me despite my settlement with Sears. They made me sick, with their behavior along with Sears to get interest on money I already paid. They are guilty and so is Sears.

/1/

I wrote letters to Sherman Financial Group with a list of payments that I had paid. I have all my receipts and cancelled checks to prove this. My statements only have 1 number on them not 2. They tried to say that no money was paid on the other account. They never billed me for that number, but charged me interest because it wasn't paid. It's a scheme, a scam, to make money off of innocent people. I am angry at this treatment. They confused me, harrassed me & tormented me to no avail. I hope this letter is finally read by someone who can do something about their mis-handling of my funds and evidently others who received the same treatment. Sears must have lied to this company too. I wrote Sears Payment Center a letter & copy of my payments last year. I never received an answer. I wanted to be done with this. Take what I have to say in consideration of the circumstances. I paid my bill in a timely manner at the store on Boston Rd. in Springfield. I gave them "1" & "18 per agreement". It was put on the wrong account & then they called saying I owed $55 because I did not pay it on time. This continued. How can they be so unorganized that they couldn't find the payment and you it's my fault it wasn't posted. They need to find the problem and not blame the customer. I paid my bills. Please take this letter into consideration. Something needs to be done. Thank you for contacting me in regard to this matter. I will be waiting to hear back.

If you need any other information, receipts of payments. I have them and that is why I did not pay anymore after the agreed upon $705. I feel I was in the right to fight this matter. And now it has been brought to my attention. Thank God.

Sincerely,

Cynthia A. Bloyd

P.S. I was sent this notice because I have been identified in Sherman's files as a Class member entitled to recovery in this lawsuit Court file # 05-10339 JLT. Joyce Henderson Plaintiff. I would like this settled with consideration. I just needed to let my feelings be known.

These are the payments that I made:

| Amount | Date | Reference |
|---|---|---|
| 50.00 on | 8-30-02 | Check #319 |
| 20.00 on | 7-30-02 | Check #307 |
| 20.00 on | 6/25-02 | Check #295 |
| 50.00 on | 5-24-02 | Check #184 |
| 31.00 on | 5-24-02 | Check #183 |
| 15.00 on | 5-08-02 | Check #177 |
| 20.00 on | 4-2-02 | Check #261 |
| 38.00 on | 4-1-02 | Check #260 |
| 20.00 on | 3-9-02 | Check #250 |
| 20.00 on | 3-9-02 | Check #251 |
| 18.00 on | 1-30-02 | Check #239 |
| 10.00 on | 1-30-02 | Check #238 |
| 25.00 on | 12-13-02 | Check #219 |
| 49.00 on | 12-31-01 | Check #220 |
| 60.00 on | 3-28-01 | Check #193 |
| 12.00 on | 9-26-01 | Check #190 |
| 24.00 on | 9-26-01 | Check #189 |
| 49.00 on | 8-22-01 | Check #179 |
| 37.00 on | 8-22-01 | Check #178 |
| 42.00 on | 6-21-01 | Check #153 |
| 16.00 on | 5-10-01 | Check # at store receipt |
| 21.00 on | 5-10-01 | store receipt |
| 60.00 on | 3-28-01 | Check #1856 |
| 24.99 on | 3-17-03 | store receipt |
| 38.00 on | 12-29-00 | Check #132 |
| 20.00 on | 12-29-00 | Check #131 |
| 19.00 on | 10-16-00 | Check #1819 |
| 19.00 on | 10-16-00 | Check #1820 |
| 10.00 on | 10-3-00 | Check #1795 |
| 12.00 on | 10-3-00 | Check #1796 |
| 19.00 on | 9-1-00 | Check #112 |

```
$18.00   on    8-8-00    Check #1760
 10.00   on    8-8-00    Check #1759
 17.00   on    6-27-00   Check #1738
 30.00   on    6-5-00    Check #1720
 21.00   on    6-4-00    Check #1719
 10.00   on    5-10-00   Check #1695
 18.00   on    8-8-00    Check #1669
 10.00   on    4-8-00    Check #1670
 18.00   on    3-3-00    Check #1641
 10.00   on    2-28-00   Check #1640
 18.00   on    1-3-99    Check #1580
 10.00   on    1-3-99    Check #1581
 16.00   on    9-1-00    Check #111
 18.00   on    5-10-00   Check #1696
 28.00   on    5-25-02   Check #275
 62.00   on    5-25-02   Check #274
```

Plus #702 on Sept. 11, 2003 to settle case. I no longer owed Sears any money per agreement.

So for them to accuse me of not paying is a lie. Sears is just crooks. I will never do business with them ever again. My bills were paid on time & they harrassed me & upset me. I was a scam and I fell into it. I had every intention of paying that bill & I did as you can see. It wasn't Sears Card it was a Credit Card Co. Take this into consideration