IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOYCE HENDERSON,<br>  Plaintiff<br><br>v.<br><br>SHERMAN FINANCIAL GROUP, LLC;<br>SHERMAN ACQUISITION II, LP;<br>SHERMAN ACQUISITION II<br>  GENERAL PARTNER LLC;<br>ALEGIS GROUP, LP; and<br>ALEGIS GROUP, LLC,<br>  Defendants | 05-10339<br><br>Judge Joseph L. Tauro<br>Magistrate Judith G. Dein |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The defendants, by their counsel, hereby certifies that the motion and proposed order about cy pres funds were sent to the plaintiff's counsel on August 9 and plaintiff's counsel has expressed no objection to the motion to approve the distribution of cy pres funds to selected legal service clinics

          SHERMAN FINANCIAL GROUP, LLC;
          SHERMAN ACQUISITION II, LP;
          SHERMAN ACQUISITION II GENERAL
          PARTNER LLC; ALEGIS GROUP, LP; and
          ALEGIS GROUP, LLC,
          By their attorney,

          /s/ Steven S. Broadley
          Steven S. Broadley, BBO #542305
          Posternak Blankstein & Lund, LLP
          Prudential Tower
          800 Boylston Street, 33rd Floor
          Boston, MA  02199-8004
          617-973-6100
          sbroadley@pbl.com

2

## CERTIFICATE OF SERVICE

    I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 13 day of August, 2007, I caused a copy of the above **Rule 7.1(a)(2) Certification** to be mailed and emailed to:

Daniel A. Edelman, Esquire
Jeremy P. Monteiro, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

John Rossman, Esquire
Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

_____
Steven S. Broadley