IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JOYCE HENDERSON,

        Plaintiff,

v.

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, L.P.
AND ALEGIS GROUP, LLC,

        Defendants.

COURT FILE NO. 05-10339 JLT

## JOINT MOTION TO APPROVE THE DISTRIBUTION OF CY PRES FUNDS TO SELECTED LEGAL SERVICE CLINICS PURSUANT TO THE CLASS SETTLEMENET AGREEMENT

NOW COMES Defendants Sherman Financial Group, LLC, Sherman Acquisition II, LP, Sherman Acquisition II General Partner LLC, Alegis Group, L.P., and Alegis Group, LLC ("Defendants"), by and through their counsel, Steven S. Broadley, to request that this Court enter the attached Order regarding approval of the distribution of cy pres funds, and state as follows:

1.     A class settlement was reached in this case. The Court issued a Final Approval Order on January 30, 2007.

2.     Defendants request the Court's approval concerning cy pres funds that, under the settlement terms, are to be distributed to various legal service clinics.

3.     The Class Settlement Agreement provides that "[t]he sum of any uncashed checks after the void date on the check has passed shall be donated to legal service clinics affiliated with

1022268v1

accredited law schools within Massachusetts and approved by the Court, with proper notice to Class Counsel." Class Settlement Agreement § H(3).

4. The sum of said uncashed checks is $6,620.00, which is to be distributed in nearly equal amounts to each selected clinic, as listed below.

5. In accordance with this provision, Defendants have selected the legal service clinics listed below to which they wish to distribute funds.

6. Defendants request the Court's approval of their selections so that the funds may be released.

7. Below is a list of said clinics along with excerpts from each clinic's mission statement, drafted by the clinic:

    a)    Boston College Law School Housing Law Clinic - $1,103.34

This course introduces students to the pervasive problem of homelessness in our cities. It is a clinical course in which students will litigate eviction cases on behalf of low income people who risk becoming homeless if they lose their current housing. The course includes fieldwork and a weekly seminar. The fieldwork is based at the Law School's civil clinical office known as the Legal Assistance Bureau in Waltham, 15 minutes from the Law School. The seminar will be held at the Law School.

Students who enroll in this course will be assigned to work with families or individuals who are facing or experiencing having no place to live. They will be certified to practice law in Massachusetts under its student practice rule (SJC 3:03). Student attorneys can expect to defend eviction actions in local District Courts and Boston Housing Court; to represent individuals before local Housing Authorities in an effort to obtain affordable housing; to work with community organizations seeking to increase the supply of affordable housing; and, on occasion, to assist in affirmative litigation on issues of low-income housing. Students will be trained in essential lawyering skills with particular emphasis on trial advocacy.

    b)    Boston University Civil Litigation Program - $1,103.34

The Boston University Civil Litigation Program, the law school's civil clinic, one of the oldest clinical law programs in the country, started in a Jamaica Plain store front in 1969 with one supervising attorney. Today, six full-time clinical law

faculty oversee a program of 38 students who practice law out of their own suite of offices in the headquarters of Greater Boston Legal Services (GBLS) in downtown Boston.

The two semester Civil Litigation Program gives students the opportunity to use their lawyering skills in all courtroom levels - from local trial and housing courts, to the state's Supreme Judicial Court, to the federal court. In fact, several landmark decisions by the Massachusetts Supreme Judicial Court began as student-represented cases in the Civil Litigation Program.

The program helps students understand the importance of providing strong representation to all who need it, regardless of economic means. Normally, each student is assigned four to five cases, selected from the following areas:

Divorce and child custody
Housing and eviction
Disability
Unemployment
Immigration

c)      New England School of Law Family Law Clinic - $1,103.33

This clinical component will be offered in conjunction with Family Law, Domestic Violence or Women in the Law. Students will perform their fieldwork in settings that expose them to the practice of family law. Most placements will be in settings such as legal services offices, including NESL's in-house clinic, in which students will handle family law cases pursuant to S.J.C. Rule 3:03, the student practice rule. Since most legal services offices take family law cases primarily where there are issues of domestic violence, the family law placements typically will expose students to issues covered in the Domestic Violence, Women and Law, and Family Law courses. Settings beyond legal services offices will be appropriate placements as well as long as the substantive work in the field will expose students to issues covered in the courses recognized as the co-/pre-requisites. Co-requisites or prerequisites: Family Law or Domestic Violence or Women in the Law.

d)      Northeastern University School of Law Domestic Violence Clinic - $1,103.33

The Domestic Violence Clinic, part of the Domestic Violence Institute, focuses on violence prevention, restraining order enforcement and criminal intervention in Dorchester District Court, Boston's largest community court. Students interview and counsel clients, and advocate in the courtroom. Students may also gain academic credit and experience representing battered women in complex family law cases handled in the Probate Courts through independent study and cooperative education placements at legal services offices, legal projects at

battered women's shelters and other community agencies, and at the offices of private practitioners affiliated with the Institute.

e)   Suffolk University Law School Child Advocacy Clinic - $1,103.33

Students will provide legal representation, counseling and advocacy on behalf of children and families in civil proceedings. Possible cases include representing children in foster care, advocating for their safety, permanency, and well-being; representing teenagers who are homeless or in foster care and unable to return home, advocating for their housing, education, and independent living needs; and representing children with serious medical or mental health disabilities (and their families), advocating to ensure that they receive all the benefits and care to which they are entitled. These and related cases may take students to Juvenile, District, Boston Municipal, or Superior Court; Federal Court; and/or administrative hearings. Students will have extensive client contact and opportunities to engage in a variety of litigation skills.

f)   Western New England College School of Law Legal Services Clinic - $1,103.33

Legal Services Clinic students spend sixteen hours a week in an office of Western Massachusetts Legal Services (WMLS), a private, non-profit organization that provides civil legal assistance to poor people and elders. While the Legal Services Clinic allows students to learn about the real practice of law it also gives them the opportunity to play a role in the community by providing essential legal services to those in need. In the Legal Services Clinic, you can make a measurable and meaningful difference in the lives of the low income, elderly and disadvantaged clients.

Types of Law Practiced at Western Mass Legal Services
- Housing Law
- Disability Law
- Employment Law (primarily unemployment compensation)
- Benefits Unit (representing low income people in obtaining and maintaining eligibility for state and federal benefits)
- Elder Law, including a statewide Medicare Advocacy Project
- Family Law (primarily assisting victims of domestic violence)

8.   Attached is a proposed Order granting the Court's approval for distribution of the funds from the uncashed checks.

WHEREFORE, the Defendants (Sherman Financial Group, LLC, Sherman Acquisition II, LP, Sherman Acquisition II General Partner LLC, Alegis Group, L.P. and Alegis Group, LLC) respectfully request that this Court enter the attached order.

Respectfully submitted,

DEFENDANTS

By: /s/ Steven S. Broadley
Steven S. Broadley
POSTERNAK BLANKSTEIN & LUND LLP
800 Boylston Street
Boston, Massachusetts 02199
617.973.6136
617.722.4909 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JOYCE HENDERSON,

        Plaintiff,

v.

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, L.P.
AND ALEGIS GROUP, LLC,

        Defendants.

COURT FILE NO. 05-10339 JLT

## PROPOSED ORDER APPROVING THE DISTRIBUTION OF CY PRES FUNDS TO SELECTED LEGAL SERVICE CLINICS PURSUANT TO THE CLASS SETTLEMENT AGREEMENT

On January 30, 2007, this Court granted final approval of the Class Settlement Agreement ("Agreement") reached between Plaintiff Joyce Henderson and Defendants Sherman Financial Group, LLC, Sherman Acquisition II, LP, Sherman Acquisition II General Partner LLC, Alegis Group, L.P., and Alegis Group, LLC ("Defendants").

The Agreement provides that "[t]he sum of any uncashed checks after the void date on the check has passed shall be donated to legal service clinics affiliated with accredited law schools within Massachusetts and approved by the Court, with proper notice to Class Counsel."

Defendants represent that the sum of the uncashed checks described above is $6,620.00. Said funds shall be distributed in nearly equal amounts to each clinic.

Defendants have provided a list of legal service clinics affiliated with accredited law schools in Massachusetts for the Court's approval.

A copy of said list of legal service clinics was sent simultaneously to the Court and to Class Counsel. Defendants selected the following legal service clinics:

- a) Boston College Law School Housing Law Clinic - $1,103.34
- b) Boston University Civil Litigation Program - $1,103.34
- c) New England School of Law Family Law Clinic - $1,103.33
- d) Northeastern University School of Law Domestic Violence Clinic - $1,103.33
- e) Suffolk University Law School Child Advocacy Clinic - $1,103.33
- f) Western New England College School of Law Legal Services Clinic - $1,103.33

The Court hereby approves the proposed distribution of funds to the above described clinics.

The Court retains jurisdiction over the interpretation, enforcement, and implementation of this Order.

DATE: _____    ENTER: _____
                                The Honorable Joseph L. Tauro

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 13th day of August, 2007, I caused a copy of the above **Joint Motion to Approve the Distribution of Cy Pres Funds to Selected Legal Service Clinics Pursuant to the Class Settlement Agreement** to be mailed and emailed to:

Daniel A. Edelman, Esquire
Jeremy P. Monteiro, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

John Rossman, Esquire
Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

_____
Steven S. Broadley

ID # 528113v01/14451-2/ 08.10.2007