IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JOYCE HENDERSON,

        Plaintiff,

v.

COURT FILE NO. 05-10339 JLT

SHERMAN FINANCIAL GROUP, LLC;
SHERMAN ACQUISITION II, LP;
SHERMAN ACQUISITION II GENERAL
PARTNER LLC; ALEGIS GROUP, L.P.
AND ALEGIS GROUP, LLC,

        Defendants.

## ~~PROPOSED~~ ORDER APPROVING THE DISTRIBUTION OF CY PRES FUNDS TO SELECTED LEGAL SERVICE CLINICS PURSUANT TO THE CLASS SETTLEMENT AGREEMENT

On January 30, 2007, this Court granted final approval of the Class Settlement Agreement ("Agreement") reached between Plaintiff Joyce Henderson and Defendants Sherman Financial Group, LLC, Sherman Acquisition II, LP, Sherman Acquisition II General Partner LLC, Alegis Group, L.P., and Alegis Group, LLC ("Defendants").

The Agreement provides that "[t]he sum of any uncashed checks after the void date on the check has passed shall be donated to legal service clinics affiliated with accredited law schools within Massachusetts and approved by the Court, with proper notice to Class Counsel."

Defendants represent that the sum of the uncashed checks described above is $6,620.00. Said funds shall be distributed in nearly equal amounts to each clinic.

Defendants have provided a list of legal service clinics affiliated with accredited law schools in Massachusetts for the Court's approval.

A copy of said list of legal service clinics was sent simultaneously to the Court and to Class Counsel. Defendants selected the following legal service clinics:

- a) Boston College Law School Housing Law Clinic - $1,103.34
- b) Boston University Civil Litigation Program - $1,103.34
- c) New England School of Law Family Law Clinic - $1,103.33
- d) Northeastern University School of Law Domestic Violence Clinic - $1,103.33
- e) Suffolk University Law School Child Advocacy Clinic - $1,103.33
- f) Western New England College School of Law Legal Services Clinic - $1,103.33

The Court hereby approves the proposed distribution of funds to the above described clinics.

The Court retains jurisdiction over the interpretation, enforcement, and implementation of this Order.

DATE: 8/29/07

ENTER: _____
The Honorable Joseph L. Tauro

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 13th day of August, 2007, I caused a copy of the above **Joint Motion to Approve the Distribution of Cy Pres Funds to Selected Legal Service Clinics Pursuant to the Class Settlement Agreement** to be mailed and emailed to:

Daniel A. Edelman, Esquire
Jeremy P. Monteiro, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860

John Rossman, Esquire
Michael S. Poncin, Esquire
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

_____
Steven S. Broadley

ID # 528113v01/14451-2/ 08.10.2007