2 5 0 8

TO The Honorable Judges

I Darlene Goodwin am a victim of Identity Theft, Since the year 2002 I have enclosed one of your court documentation 05-10-339 JLT I appreciate any help you can fax the Chancel ares to the Lowell district Courthouse

Thank You
Darlene P Goodwin
Darlene P Goodwin

Dear Judge Tauro

any help that can

help the Lowell District
court kindly Paxton's
greatly appreciated. Arlene
Goodwin now been a Identify
theft Victum.

Thank you

Arlene P. Goodwin

Darlene P. Goodwin

# JUDGMENT FOR PLAINTIFF(S)

Trial Court of Massachusetts
District Court Department

CASE NAME   ERIN CAPITAL MANAGEMENT LLC vs. DARLENE P. GOODWIN

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT | CURRENT COURT |
|---|---|
| P01 ERIN CAPITAL MANAGEMENT LLC | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852-2295<br>(978) 459-4101 |

DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT
D01 DARLENE P. GOODWIN

←←←←
WHEN
YOU
MUST
APPEAR
←←←←

ROOM/SESSION

PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED
D01 DARLENE P. GOODWIN
    256 MARKET ST APT 126
    LOWELL, MA

FURTHER ORDERS OF THE COURT

ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED

## JUDGMENT FOR PLAINTIFF(S)

On the above action, by agreement of the parties, the issues having been duly tried or heard, and a finding or verdict having been duly rendered, IT IS ORDERED AND ADJUDGED by the Court ( Melahn, Hon. William E. ) that the Plaintiff(s) named above recover of the Defendant(s) named above the "Judgment Total" shown below plus such other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, §8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment.

## NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ P. 54, 58, 77(d) and 79(a), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties. Attached are any rulings of law, or any findings of fact and rulings of law, which may have been made by the Court pursuant to Mass. R. Civ. P. 52(c) or 64A(c).

| | | |
|---|---|---|
| 1. Date of Breach, Demand or Complaint | | 11/13/2006 |
| 2. Date Judgment Entered | | 8/7/2007 |
| 3. Number of Days of Prejudgment Interest  *(Line 2 - Line 1)* | | 267 |
| 4. Annual Interest Rate of  13.53%/ 365 = Daily Interest Rate | | 0.037068% |
| 5. Single Damages | | $4,080.12 |
| 6. Prejudgment Interest     *(lines 3x4x5)* | | $403.76 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | | $0.00 |
| 8. Costs | Filing Fee & Surcharge | $195.00 |
| 9. | Attorney Fees Awarded by Court *(where authorized by law)* | $0.00 |
| 10. | Other Costs Awarded by Court | $40.82 |
| **11. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)**     *(lines 5+6+7+8+9+10)* | | $4,719.70 |

| DATE JUDGMENT ENTERED<br>8/7/2007 | CLERK-MAGISTRATE/ASST. CLERK<br>X |
|---|---|

Date/Time Printed  08/07/2007 02 57 PM

FORM NO

# NOTICE OF NEXT EVENT

District Court Department
Small Claims Session

CASE NAME   **NORFOLK FINANCIAL CORP AS ASSIGNEE FOR ASPIRE** vs. **DARLENE P. GOODWIN**

| PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED | CURRENT COURT |
|---|---|
| D01  DARLENE P. GOODWIN<br>256 MARKET STREET APT. 126<br>LOWELL, MA 01852 | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852-2295<br>(978) 459-4101 |

| ATTORNEY FOR PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED | **PAYMENT REVIEW SCHEDULED for**<br>**04/28/2008 08:30 AM.** | |
|---|---|---|
| | | ←←←←←<br>**WHEN**<br>**YOU**<br>**MUST**<br>**APPEAR**<br>←←←←← |
| | ROOM/SESSION<br>**Fourth Session** | |

## TO THE PARTIES TO THIS CASE:

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If you have good reason to request the Court to reschedule this event for another date, you should immediately contact the opposing party(ies) and request their consent to your request. You should then promptly write the Clerk-Magistrate, indicating the reason for your request and whether or not the other party(ies) has consented. Please note that the granting of a continuance is not automatic even when all the parties agree.

Additional Comments (if any):

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 01/31/2008 | C-M William A. Lisano |

Date/Time Printed:   01/31/2008 03:40 PM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

JOYCE HENDERSON.

Plaintiff.

v.

SHERMAN FINANCIAL GROUP, LLC; SHERMAN
ACQUISITION II, LP; SHERMAN ACQUISITION II
GENERAL PARTNER LLC; ALEGIS GROUP, L.P
AND ALEGIS GROUP, LLC.

Defendants.

COURT FILE NO. 05-10339 JLT

## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**TO:** Individuals in Massachusetts who received a debt collection letter containing or accompanied by the privacy notice sent by Alegis Group, L.P. on behalf of a member of the Sherman Family of Companies ("Sherman") on or after February 22, 2004 and before March 14, 2005. You are being sent this notice because you have been identified in Sherman's files as a class member entitled to recovery in this lawsuit.

*PLEASE READ THIS NOTICE CAREFULLY.*
*THIS IS NOT A NOTICE OF A LAWSUIT AGAINST YOU.*
*YOU MAY BENEFIT FROM READING THIS NOTICE.*

### WHAT THIS LAWSUIT IS ABOUT

This class action lawsuit is pending in the United States District Court for the District of Massachusetts, alleging violations of the Fair Debt Collection Practices Act ("FDCPA"). 15 U S C  § 1692 *et seq*  and Mass G.L., ch  93A. § 9 ("93A"), in connection with privacy notice sent to Plaintiff by and on behalf of Sherman. Plaintiff in this case alleged that the privacy notice violated the FDCPA because it contained false and misleading statements regarding the legal authority which Sherman had to disclose certain information about the Plaintiffs.

In the course of the litigation, Plaintiff and Sherman agreed to settle Plaintiff's claim because they concluded that settlement was preferable to expending further resources in what might prove to be protracted and expensive litigation.

On October 25, 2006, Judge Joseph L. Tauro, District Judge of the United States District Court for the District of Massachusetts granted preliminary approval of the Class Action Settlement Agreement (hereinafter "Settlement"), subject to a fairness hearing.  At the preliminary approval hearing, Judge Tauro appointed Joyce Henderson as representative of the class.  Judge Tauro also appointed the law firm of Edelman, Combs, Latturner & Goodwin LLC, as Class Counsel ("Class Counsel").

**The fairness hearing will take place on January 30, 2007, at 2:15 p.m. before Judge Tauro in Courtroom 20 at 1 Courthouse Way, Boston, Massachusetts 02210.**

You are being sent this notice because you appear to be a member of the class covered by the Settlement. This notice explains the nature of the lawsuit and the terms of the Settlement, and informs you of your legal rights and obligations.

### NO ADMISSION OF LIABILITY BY DEFENDANT

By settling this lawsuit, Sherman is not admitting that it has done anything wrong  Sherman expressly denies that it did anything wrong.

1

EFORLG/NCP  11-06

## THE PROPOSED SETTLEMENT

Plaintiff and Sherman have agreed to the Settlement described below.  **If you do not wish to be part of the Settlement, you must opt-out.  If the settlement is finally approved, you will receive the benefits described below.**

### Plaintiff's Recovery.  Pursuant to the settlement, Sherman will pay the Plaintiff $1,000.00.

**Class Recovery.**  Pursuant to the Settlement, Sherman will provide to each class member a 15% credit of their account balance as of the Opt-Out Date.  For each class member, who, as of August 23, 2006, had entered into a settlement as to the underlying account, payment plan as to the underlying account, or had a pending payment plan as to the underlying account, Defendants will pay $20.00.  A class member will receive a credit or $20.00, not both.  Defendants estimate the number of class members who will receive such relief is approximately 600 and the combined cash amount of the credits is approximately $12,000.

Sherman represents that the estimated total face amount of credits to class members pursuant to the agreement is approximately in excess of $1 million.  Sherman further represents that the number of class members who will receive a credit are approximately 4,200.

**Attorneys' Fees**.  Pursuant to the Settlement, Class Counsel will petition the Court for an award of attorneys' fees and costs in an amount not to exceed $50,000.  This amount is paid in addition to the class recovery and will not reduce the class recovery.

**Costs**.  Sherman will pay for the costs associated with class notice and administration of this Settlement.

**Release**.  Unless you exclude yourself from the Settlement, you will be part of the class.  By staying in the class, all of the Court's orders will apply to you, and you are required to give the Defendants affiliates a "release."  A release means you cannot sue or ever be part of any other lawsuit against Defendants or their affiliates related to the claims or issues more fully described in the Settlement Agreement.

## CLASS COUNSEL'S OPINION OF THE VALUE OF THE SETTLEMENT

Plaintiff brought claims against Defendants under the Fair Debt Collection Practices Act ("FDCPA") and Mass. G.L., ch. 93A, § 9 ("93A").  The FDCPA says that in a class action, the most money the Court can award to the class is: (1) each Class Member's "actual damages," and (b) money damages set by law, or "statutory damages," described in the next paragraph.  The FDCPA also allows the award of attorneys' fees and costs if the plaintiff wins.

The highest amount of statutory damages the FDCPA permits a court to award per lawsuit is $500,000, or 1% of a defendant's net worth, whichever amount is smaller.  The Court could award nothing.  Class Counsel believes that, considering the facts and circumstances of the lawsuits and the possible damages recoverable, a settlement in which the face amount of the credits is in excess of $ 1million and the face value of the cash payments paid by Sherman to class members is approximately $12,000 to class members is fair and reasonable.

Class Counsel believes that plaintiff had a good chance of prevailing in this case had it gone to trial.  However, Sherman, disputes Plaintiff's claims and believes that they have complete defenses.    Sherman has raised those defenses and there are risks for Plaintiff and the class associated with further litigation.

The amount you will receive if you decide to stay in the Class will be a 15% credit on your account balance as of the Opt-Out Date.  However, if you had entered into a settlement as to the underlying account, payment plan as to the underlying account, or had a pending payment plan as to the underlying account, Defendants owning their accounts will pay $20.00.

If, on the other hand, you exclude yourself from the Class, filed your own lawsuit, and successfully proved Sherman's liability under the FDCPA, you could receive (a) between $0 and $1,000 in statutory damages; and (b) any actual damages if you can show you actually suffered actual damages, and (c) attorneys' fees.

When deciding whether to participate in the settlement or to exclude yourself, you should balance the certainty of receiving a credit or refund from this settlement against the uncertainty of receiving more or nothing if you were to opt out and pursue your own individual claim against Sherman.

2

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

Sherman Acquisition, LP

Resurgent Capital Services, LP

Sherman Acquisition II, LP

Sherman Acquisition, LLC

Credit One Bank, NA

Sherman Acquisition TA, LP

Ascent Card Services, LLC

LVNV Funding, LLC

Ascent Card Services II, LLC

Anson Street, LLC

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

### Sharing Collected Information with Affiliates and Third Parties

**Sharing with Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

**Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

### Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.

This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.



PO Box 1099
Langhorne, PA 19047

Address Service Requested



**N C B**
**Management**
**Services**
**Incorporated**
Professional Collections &
Recoveries Management

1.800.828.1110

DATE:  01-13-2003

991000NCBIS50
DARLENE P GOODWIN
256 MARKET APT 126
LOWELL, MA 01852

**RE:  HOUSEHOLD BANK SB NA**
**ACCT#: 0621860110039670**
**FILE#: 991000**
**BALANCE :     $876.44**

Dear DARLENE P GOODWIN,

WE HAVE BEEN AUTHORIZED BY OUR CLIENT TO OFFER YOU AN OPPORTUNITY
TO SETTLE THIS ACCOUNT FOR 50% OF YOUR CURRENT BALANCE.

THIS ONE TIME PAYMENT OF     $438.22
MUST BE SENT IN THE ENCLOSED SELF ADRESSED ENVELOPE.

**YOU MUST CALL MY OFFICE WITHIN 10 DAYS OF THE DATE ON THIS**
**LETTER TO TAKE ADVANTAGE OF THIS OFFER.**

SINCERELY,

JOE BISHOP
SR. CLAIMS ADJUSTER

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THE PURPOSE OF THIS LETTER IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

HOURS   MON-THUR 9AM-9PM   FRI 9AM-6PM   SAT 9AM-1PM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
YOU MUST MAIL PAYMENT AND THIS BOTTOM PORTION IN THE ENCLOSED SELF ADDRESSED ENVELOPE TO ENSURE PROPER CREDIT

DARLENE P GOODWIN
FILE# : 991000 - NCB MANAGEMENT SERVICES, INC
CLIENT: HOUSEHOLD BANK SB NA
ACCT# : 0621860110039670
BALANCE :     $876.44
**AMOUNT OF PAYMENT ENCLOSED $_____**

NCB Management Services Inc.
PO Box 1099
Langhorne, PA 19047

**THE FOLLOWING STATES REQUIRE US TO FURNISH YOU WITH THE FOLLOWING INFORMATION: THESE DISCLOSURES ARE REQUIREMENTS OF STATE LAW AND DO NOT CONTAIN A COMPLETE LIST OF THE RIGHTS ALL CONSUMERS HAVE UNDER STATE AND FEDERAL LAW.**

### COLORADO:

If you notify us in writing to stop contacting you by telephone at your place of employment, no further contact will be made. If you refuse to pay the debt or you want us to stop all further communication with you, notify us in writing and we will not communicate further with you except to advise you that: 1) we intend to invoke specific remedies permitted by law or we may invoke specific remedies which we ordinarily invoke; or 2) our efforts are being terminated.

This collection agency is licensed by the Colorado Collection Agency Board, 1525 Sherman Street, Fifth Floor, Denver, Colorado 80203. Do not send payments to the Board.

### MASSACHUSETTS:

#### NOTICE OF IMPORTANT RIGHTS

**YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.**

### MINNESOTA:

This collection agency is licensed by the Minnesota Department of Commerce.

### NORTH CAROLINA:

NORTH CAROLINA DEPARTMENT OF INSURANCE PERMIT NO.: 3375

### TENNESSEE:

This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

### WISCONSIN:

This collection agency is licensed by the Office of the Secretary of Financial Institutions, P.O. Box 7876, Madison, Wisconsin 53707.

**United Recovery Systems, Inc.**
http://www.ursi.com

5800 North Course Drive
Houston, Texas 77072

Address Service Requested

May 27, 2003    *Credit bureau*
*? ?*

DARLENE P. GOODWIN
256 MARKET ST APT 126
LOWELL MA 01852-1889

*Doubles pd*

Date:  May 27, 2003
Creditor:  Household Bank (SB),N.A.
Account No.:  0621860110039670
URSI No:  04802820
Amount Due:  $1,133.31
Telephone:  800-347-4613, ext 3240

United Recovery Systems, Inc.
P.O. Box 722929
Houston, TX  77272-2929

please detach at perforation and return with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We have been attempting to contact you with regard
to the above-referenced account!!!

Our client has asked us to negotiate with you to resolve this debt.  We would like to arrange re-payment terms
with you -- based upon your individual circumstances.

Please call our toll-free telephone number and explain your circumstances. We WILL work with you.

You can call D GREENE our toll free number 24 hours per day 800-347-4613, ext 3240. We look forward to
helping you resolve this account.

This office has been hired as a debt collector.  We are required to inform you that this is an attempt to collect a
debt, and any information obtained will be used for this purpose.

Sincerely,


D GREENE, ext 3240
United Recovery Systems, Inc.
P.O. Box 722929
Houston, TX  77272-2929

Date:  May 27, 2003
Creditor:  Household Bank (SB),N.A.
Account No.:  0621860110039670
URSI No:  04802820
Amount Due:  $1,133.31
Telephone:  800-347-4613, ext 3240


Massachusetts Office: 8 Suburban Park Drive, Billerica, MA 01821
Open Monday through Friday - 8:00 A.M. until 5:00 P.M.

We accept  and .

URS032m-27U01790-JURS- 1790

PFG OF MINNESOTA
7825 Washington Ave S Ste 410
Minneapolis MN 55439-2409

ADDRESS SERVICE REQUESTED

*Credit Bureau ? ?*

**PFG OF MINNESOTA**

*Collector # 1-800-319-6346*

June 7, 2004

**PFG OF MINNESOTA**
7825 Washington Ave S Ste 410
Minneapolis MN 55439-2409

#BWNDLHV    159950    9050
#V07353/2#    V07353-D3

DARLENE GOODWIN
256 Market St Apt 126
Lowell MA 01852-1889

MEMBER

Reference #:    V07353
Total Due:    $229.56*
* Total May Include Other Debts Not Listed Here

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals

***Detach Upper Portion and Return with Payment***

## YOUR ACCOUNT HAS BEEN RECEIVED FOR COLLECTION

| Creditor | Account # | Principal | Interest | Cost |
|----------|-----------|-----------|----------|------|
| FASHION BUG | 6004668036036082 | 229.56 | 0.00 | 0.00 |

**Total:  $229.56***
*Total May Include Other Debts Not Listed Here

## * SPECIAL SETTLEMENT OFFER*

Your account has been assigned to this agency for collection. Please contact this office to discuss a generous settlement in full offer authorized by our client.

Sincerely,
**PFG of Minnesota**
1-800-319-6346

### Important Information

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector. This collection agency is licensed by the State of Minnesota Department of Commerce.

ICSPINN01D3

     

Cards    **IS ACCEPTED**

49 Winter Street ♦ Weymouth MA 02188 ♦ Hours of Operation: Monday - Thursday 9a.m to 5p.m. Eastern



P.C. Box 7075
TROY MI 48007-7075
RETURN SERVICE REQUESTED

September 8, 2004

Credit bureau
LEADING EDGE
RECOVERY SOLUTIONS, L.L.C.
8550 WEST BRYN MAWR, SUITE 350
CHICAGO, IL 60631

000186944-0101    24932
P GOODWIN DARLENE
256 MARKET ST
APT 126
LOWELL MA 01852-1889

| Account # :<br>000186944 | Client Reference :<br>5183380410026086 | Balance :<br>**$949.63** |
|---|---|---|

| Creditor:  Endeavor Financial Trust2004-2 |
|---|

--

✂ Detach Upper Portion And Return With Payment ✂

| Account # :<br>000186944 | Client Reference :<br>5183380410026086 | Balance :<br>**$949.63** |
|---|---|---|

| Creditor:  Endeavor Financial Trust2004-2 |
|---|

Dear P GOODWIN DARLENE,

Your delinquent account has been placed with our company for collection. We have been authorized by our client to collect the outstanding amount owed to them.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

Sincerely,

*Ruben Schwartz*

Ruben Schwartz
800-663-4707

**Hours of Operation:**
Monday–Thursday  8:00am–9:00pm CST / Friday  8:00am–5:00pm CST / Saturday  8:00am–12 Noon CST

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**This information is from a debt collector.**

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

07C0602009/08/04LERS1101-E

**You can now pay by credit card, automated phone system, or Western Union Quick Collect**

## CREDIT CARD

Check One:

☐ VISA  ☐ MasterCard

Please fill out the below portion to pay by credit card.

☐ DISCOVER  ☐ [   ]

Card Number

[                                ]

Payment Amount $ _____ *

Expiration Date [  ] / [  ] / [     ]

Card Holder Name _____

Signature of Card Holder _____

Date _____

## PHONE

Pay by phone at 1-800-663-4707

## WESTERN UNION QUICK COLLECT

Pay To: LERS

Our code city is: LERS; State: IL. Please include your account number.

*Service charge of $5.00 per $150.00 paid on credit card

# *Endeavor Privacy Notice*

This Privacy Notice is being given on behalf of Endeavor Financial Partners, LLC and its family of trusts ("Endeavor Financial").

At Endeavor Financial, we are committed to protect personal information we obtain about you. Please take a moment and read this Privacy Notice for some important information about your rights. This notice is being provided by Endeavor Financial Partners, LLC, and those Endeavor Financial Trusts for whom it acts as servicer, as required by the Federal Financial Privacy Law, 15 USC 6801-6810. The Endeavor Financial family of trusts includes the following entities:

| | |
|---|---|
| Endeavor Financial Partners, LLC | Endeavor Financial Trust 2004-3 |
| Endeavor Financial Trust | Endeavor Financial Trust 2004-4 |
| Endeavor Financial Trust 2003-2 | Endeavor Financial Trust 2004-5 |
| Endeavor Financial Trust 2004-1 | Endeavor Financial Trust 2004-6 |
| Endeavor Financial Trust 2004-2 | Endeavor Financial Trust 2004-7 |

This policy covers Customer Information, which means personally identifiable information about a consumer, or a consumer's current or former relationship with Endeavor Financial. This may include the following: Information we receive from your account file at the time we purchase your account from your prior creditor. Information you may give on applications, questionnaires or through discussions with you. Information about your transactions with Endeavor Financial. Information we receive from consumer reporting agencies and other third party information providers such as public records and databases providers containing publicly available data about you.

We do not disclose any non-public personal information about our customers to anyone outside of the Endeavor Financial, except as permitted by law. We restrict access to nonpublic personal information about you to those employees who need to know such information and certain third party service providers who provide support services to us. We maintain physical safeguards (like restricted access) electronic safeguards (like encryption and password protection), and procedural safeguards, (such as authentication procedures) to protect personal information about you. Sometimes we use other companies to provide services for us (such as services relating to our efforts to effect, administer or enforce any transaction between you and us). We choose those companies very carefully. They must keep the information we share with them safe and secure and we do not allow them to use or share the information for any purpose other that the job they are hired to do.

Should you wish to contact Endeavor Financial for any reason, you may write to us at Endeavor Financial, 5490 McGinnis Village Place, Box 233, Alpharetta, GA 30005.

Certain State Laws require us to notify consumers, of those states, of their following rights. This list does not contain a complete list of rights consumers have under Federal and State Law.

### ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS :

You have the right to make a written or oral request that telephone calls regarding your debt may not be made to you at your place of employment. Any such oral request would be valid only for ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the collection agency.

If you wish to discuss this matter, please call us direct, between the hours of 8:00 am and 5:00 pm EST, at the telephone number listed on the front of this notice. Local address: Michael Barilaro, Atlantic Business Service Group, Inc., 49 Winter Street, Weymouth, MA 02188 . Office hours: Mon - Thurs 10:30 am - 3:00 pm EST.

1606



3000 Corporate Exchange Dr 5th Floor   Columbus, OH 43231

Toll Free  (888) 253-3108

Date: April 19, 2007

Darlene P Goodwin
256 Market St Apt 126
Lowell, MA 01852-1889

Allied Interstate Account No.: P27159864
Creditor:                      LVNV FUNDINGLLC
Original Creditor:             Household - BRADLEES
Creditor Account No.:          0621860110039670
Amount Due:                    $1505.74

Dear Darlene P Goodwin:

LVNV FUNDINGLLC has given us authority to settle your account for less than the total Amount Due. We have been authorized to accept one single payment in the amount of 451.72 as settlement on the Amount Due listed above.

To take advantage of the settlement offer outlined above we must receive your payment at the post office box referenced below no later than the close of business on 04-29-2007. After that time, we reserve the right to modify the settlement offer, or revoke the offer in its entirety.   This is a limited opportunity and contingent upon the clearance of your good funds.

Please contact our office at the telephone number listed below should you wish to initiate a payment via the telephone. Please have this letter available when you call.

Allied Interstate, Inc.
(888) 253-3108

Tax season is upon us, and if you are due a refund this is an excelent opportunity to pay this past due balance.

**We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose. If your financial institution rejects or returns your payment for any reason, a service fee, the maximum permitted by applicable law, may be added to your Amount Due.**

You may initiate a credit card payment via the telephone as outlined above or you may also pay by VISA or Mastercard by filling in the information on the reverse side of this coupon.

    

**Notice: See reverse side for other important information**
(Detach and return with payment)

---

Undeliverable Mail Only:

P.O. Box 1954
Southgate, MI 48195-0954



1606

Allied Interstate Account No.: P27159864
Creditor: LVNV FUNDINGLLC
Creditor Account No.:      0621860110039670
Amount Due:               $1505.74

Payment Enclosed: $_____

CCD/P27159864/1606          002195737743    0001193/0006

Darlene P Goodwin
256 Market St Apt 126
Lowell, MA 01852-1889

P27159864

Allied Interstate, Inc.
P.O. Box 361774
Columbus, OH 43226

**LUSTIG, GLASER & WILSON, P.C.** *Attorneys at Law*

P.O. Box 9127, Needham, Massachusetts 02492-9127 / Tel (781) 449-3000 / (800) 743-8602 / Fax (781) 449-6600

      6L2459              018              April 3, 2007
Darlene P. Goodwin
256 Market St Apt 126
Lowell, MA 01852

Re: LVNV Funding, LLC assignee of Household Bank
    (SB), NA - Bradlees
      v. Darlene P. Goodwin
Account No.: 0621860110039670
File No.. 6L2459      IVR#:  53516
Small Claims No. 0711 SC 0409
Current Balance: $1,702.29

Dear Ms. Goodwin:

     You have not kept your promise of regular payment.  According to
our records your account is $50.00 in arrears and a payment in this
amount is required immediately.  Unless you resume your payments
immediately as requested and make all future payments in a timely
fashion as required by your arrangement with this office, please be
advised that your account will be reviewed to determine the
appropriate course of action to take to recover the full balance due
on your account.

     If you are unable to bring your payment promise up to date at
this time it is important that you call our office at 1-800-743-8602
to discuss your account.  Because of the serious nature of this
situation, please give this matter your immediate attention.


Lustig, Glaser & Wilson, P.C.            ACL600P1-11

This communication is from a debt collector. This is an attempt to
collect a debt. Any information obtained will be used for that purpose.
          Please see **reverse side** for payment options.

          *********************************************
          *** Please see reverse side for receipt   ***
          *** which should be returned with payment ***
          *********************************************

In order to assist you with the payment of your account we offer you the following payment options:

1) **Cash**
2) **Check or Money Order** (Please Make Payable to "Lustig, Glaser & Wilson" and include your file number.
3) **Direct Check** – Checks drawn directly from your designated checking account. Please call for details.
4) **Western Union Quick Collect** – Payments made via Western Union.  Call our office for details or for a Western Union location near you.
5) **Credit Card or Debit Card** -- MasterCard and Visa Accepted
   - ❑   Master Card
   - ❑   Visa

Expiration Date: [   ][   ] Month [   ][   ] Year   Payment Amount $_____

Signature: _____   Date:   _____

Card # [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**If paying by credit or debit card please provide the requested information, sign and return this letter in the envelope provided.**

6) **Voluntary Wage Assignment** – Please call for information.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return it with your payment.
Please use our file number on all checks and correspondence.

File No.: 6L2459                    AMOUNT ENCLOSED: $_____

Darlene P. Goodwin            MAIL TO: Lustig, Glaser & Wilson, P.C.
256 Market St Apt 126                  PO Box 9127
Lowell, MA 01852                       Needham, MA 02492-9127
(978) 459-6250                         (800) 743-8602

E-mail: _____

Address or Telephone Changes? Please print changes in the space above.

**LUSTIG, GLASER & WILSON, P.C.**  *Attorneys at Law*

P.O. Box 9127, Needham, Massachusetts 02492-9127 / Tel (781) 449-3000 / (800) 743-8602 / Fax (781) 449-6600

```
     6T699              018           October 4, 2004
Darlene P. Goodwin
A.K.A. Darlene P Janusz
256 Market St Apt 126
Lowell, MA 01852


Re: Sherman Acquisition II, Limited Partnership,  Acct#: 0621860110039670
    / Darlene P. Goodwin                            File#: 6T699
Current Balance: $1,279.19
```

Dear Ms. Goodwin:

    It's easy to make payments on your account.  Simply call us at
1-800-743-8602 to speak with one of our friendly and knowledgeable
account representatives, who will be happy to discuss your current
financial situation and will work with you to establish a reasonable
repayment plan.  Our firm provides a wide variety of payment options,
including personal checks, money orders, credit cards and Western
Union Quick Collect.  You can even arrange to have your payments
taken directly from your checking account or make payments using your
credit/debit card or personal checking account by visiting our website
at www.lgw.com.

    Please contact us today at 1-800-743-8602 to initiate the process
of resolving your account.


Lustig, Glaser & Wilson, P.C.           ACL600P1-EASYPAY

This communication is from a debt collector. This is an attempt to
collect a debt. Any information obtained will be used for that purpose.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return it with your payment.
Please use our file number on all checks and correspondence.

File No.: 6T699              AMOUNT ENCLOSED: $_____ ___

Darlene P. Goodwin          MAIL TO: Lustig, Glaser & Wilson, P.C.
256 Market St Apt 126                P.O. Box 9127
Lowell, MA 01852                     Needham, MA 02492-9127
  '    )    -                        (800) 743-8602

   il: _____ _____
```



```
     s or Telephone Changes? Please print changes in the space above.
            Please see reverse side for payment options.
```

*Case Settled 12-17-07*

# LUSTIG, GLASER & WILSON, P.C. *Attorneys at Law*

P.O. Box 9127, Needham, Massachusetts 02492-9127 / Tel (781) 449-3000 / (800) 743-8602 / Fax (781) 449-6600

*Lowell District Court*

    6L2459                018            February 16, 2007
Darlene P. Goodwin
256 Market St Apt 126
Lowell, MA 01852


Re: LVNV Funding, LLC assignee of Household Bank  Acct# 0621860110039670
    v. Darlene P. Goodwin                        File#: 6L2459
Small Claims No. 0711 SC 0409
Current Balance: $1,738.33


Dear Ms. Goodwin:

A Small Claims law suit has now been filed.  Shortly, you will receive
notification from the Court of the date and time of the trial.  If you
prefer to resolve this matter without appearing in Court, you must
make arrangements to pay the balance due in full or by reasonable
installment payments.  We suggest that you contact this office
immediately by mail or by telephone.  Should you fail to make such
arrangements, you must appear for trial or judgement may enter against
you by default.  Further, at the Small Claims hearing the Court may
enter an Order requiring the full balance due on any judgment entered
to be paid within thirty (30) days or such other period as determined
by the Court.


Lustig, Glaser & Wilson, P.C.      ACL600P1-L25

This communication is from a debt collector. This is an attempt to
collect a debt. Any information obtained will be used for that purpose.


------------------------------------------------------------------------
Please detach this portion and return it with your payment.
Please use our file number on all checks and correspondence.

File No.: 6L2459              AMOUNT ENCLOSED: $_____

Darlene P. Goodwin           MAIL TO: Lustig, Glaser & Wilson, P.C.
256 Market St Apt 126                 PO Box 9127
Lowell, MA 01852                      Needham, MA 02492-9127
(   )   -                             (800) 743-8602

E-mail: _____



Address or Telephone Changes? Please print changes in the space above.
          Please see reverse side for payment options.

# ASSET ACQUISITION GROUP, LLC

October 7, 2003

Darlene P Goodwin
256 Market St
Apt 126
Lowell, MA 01852

Re: Prior Creditor: CA05 - COLLECT AMERICA
    Current Acc#: 116384
    Balance of Arrangement: $956.67
    Balance Due In The Event of Default: $974.78

Dear Darlene P Goodwin

This is just a reminder that your payment of $20.00 was due in our office on Tuesday, September 30, 2003.

We believe you made these arrangements in good faith. If you have any questions or need additional information, you may contact us at 1-800-742-3310.

Sincerely,

ASSET ACQUISITION GROUP, LLC

A $15.00 service fee will be charged for all returned checks.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT
AND ANY INFORMATION WILL BE USED FOR THAT PURPOSE.

— — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Please write your account number on your check and include the bottom portion of this notice with your remittance.

 Current Acc#: 116384
Darlene P Goodwin
$20.00

aag-BPA

P.O. Box 370470, Denver, Colorado 80237-0470
800-742-3310  Fax 303-694-0199

**Capital** *One*®

**Capital One Services, Inc.**
1957 Westmoreland Road
Richmond, VA 23276-5617

June 3, 2002

Creditor: Capital One Bank

DARLENE P GOODWIN                                    Re: 4121741540049686
256 MARKET ST APT 126
LOWELL, MA 01852 1889

IIl......IIl.l.l.l...l.l.l.....IIl.l.l.l.l.l.l.....l.l.l.l.l.....l

Dear Customer,

Here at Capital One,®we value you as a customer and appreciate your efforts to establish a responsible payment schedule
through the Third Party Debt Management Program. We have received and accepted a payment proposal from your debt
management agency for $23.00 a month. Good financial management is important, and we look forward to working with you to
help you reach your financial goals.

**Here are some of the benefits of participating in the Debt Management Program:**

1. If your Annual Percentage Rate (APR) is greater than 15.9%, it will be lowered to 15.9%. If your APR is lower than 15 9%, it
will remain at its current rate.
2. After your third payment, your account will be brought current (Re-aged) if the following criteria are met:
  * The payments are the agreed amount, or larger, and are received by the due date on your statement.
  * Your account has been open at least nine months.
  * Your account has not been brought current more than once in the past five years.

Until your third payment is received and your account is brought to current status, past due fees will continue to be applied to
your account. You can avoid these past due fees by making larger or additional payments 1) to bring your account current prior
to the Re-age or 2) to bring your account current if it does not qualify for a Re-age because it does not meet the criteria above.

Please call us at the toll-free number below to discuss how you can save money. Sometimes paying only a few extra dollars can
save you the cost of additional fees. Once your account is current, you will not receive past due fees unless you miss future due
dates. Also after your account is brought current, we will be happy to consider a due date that works better for your repayment
plan.

It is important to remember that as the cardholder, you are still responsible for your account. Please take a moment to review
your responsibilities as a participant in the Third Party Debt Management Program.

**Your responsibilities as a Third Party Debt Management Program participant:**

**1. You are responsible for the actions of the Third Party Debt Management Agency as it pertains to this account holder.**
As the cardholder, you have told Capital One that the agency is not authorized to represent you regarding this account. If the
agency makes late payments, short payments or no payments, the applicable fees will be applied to your account. To make
sure your agency is fulfilling its obligations regarding this account, Capital One advises you to read every statement.
**2. As stated in the original terms, you have 60 days to dispute purchases and fees.**
**3. You may make additional payments to the proposed monthly amount any time you desire.** The proposed amount is the
minimum monthly amount to be sent by the due date. However, you may make additional payments on your account as funds
are available to you. These payments may be made either directly to Capital One or through the agency.
**4. As agreed, you must make payments each month to maintain eligibility.** If you miss a payment, you must make it prior to
or with the next monthly payment. If the account goes 60 days or more without a payment, it will be removed from Third Party
Debt Management and will go back to the original terms of the cardholder agreement. We encourage you to call Capital One if
this occurs to pursue other beneficial options.





P.O. Box 105518
Atlanta, GA 30348

December 18, 2007

# EQUIFAX

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

 IIIₒₒₒₒIIIₐIₐIₐIₐIₐIₐₐIIₐIIₐIₐIₐIIₐₐₐIₐIIₐIIₐₒₒI
000609771-616
Darlene P Goodwin
256 Market St Apt 126
Lowell, MA 01852-1889

Dear Darlene P Goodwin:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.
Equifax contacted each source directly and our investigation is now completed. If you have any additional
questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation**     (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

### >>> *We have reviewed your concerns and our conclusions are:*

The disputed capital one bank account number 412174154002 is currently not reporting on your credit file.

### >>> *We have researched the credit account. Account # - 412174154004\* The results are:* Once an acct has
been opened, the acct may appear on the credit file for 7 or 10 years from the date of last activity. If you have
additional questions about this item please contact: *Capital One,fsb, PO Box 85520, Internal ZIP 12030-0163,
Richmond, VA 23285-5520*

If you have any additional questions regarding the information provided to Equifax by the source of any information,
please contact the source of that information directly. You may contact Equifax regarding the specific information
contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## State Of Massachusetts - Notice to Consumer

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

You have a right to dispute inaccurate information by contacting the consumer reporting agency directly, either in writing or by telephone. The consumer reporting agency shall provide, upon request and without unreasonable delay, a live representative of the consumer reporting agency to assist in dispute resolution whenever possible and practicable, or to the extent consistent with federal law. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquires relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll-free telephone number or contacting the agency in writing*. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the credit reporting act.

Effective 10/31/2007, you have a right to request a "security freeze" on your consumer report. The security freeze will prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization. A security freeze shall be requested by sending a request either by certified mail, overnight mail or regular stamped mail to a consumer reporting agency, or as authorized by regulation. The security freeze is designed to prevent credit, loans or services from being approved in your name without your consent. You should be aware that using a security freeze may delay, interfere with, or prevent the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transactions, or other services, including an extension of credit at point of sale.

When you place a security freeze on your consumer report, within 5 business days of receiving your request for a security freeze, the consumer reporting agency shall provide you with a personal identification number or password to use if you choose to remove the freeze on your consumer report or to authorize the release of your consumer report to a specific party or for a specified period of time after the freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide the following:

(1) the personal identification number or password provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) the third party or parties who are to receive the consumer report or the specified period of time for which the report shall be available to authorized users of the consumer report.

A consumer reporting agency that receives a request from a consumer to lift a freeze on a consumer report shall comply with the request not later than 3 business days after receiving the request.

A security freeze shall not apply to a person or entity, or to its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information relative to your consumer report for the purposes of reviewing or collecting the account, if you have previously given consent to the use of your consumer report. "Reviewing the account" includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.


Telephone : 1-800-279-3480

Jan 7, 2008

Name : DARLENE P GOODWIN

Account Number : FAG394          PIN : 5586

Client Reference Number : 4121741540049686

Client : Capital One Bank

We realize that you have been experiencing a financial hardship for an extended period of time and have been unable to pay your account balance. Our client, Capital One Bank, is willing to offer you **SUBSTANTIAL SAVINGS** and **FLEXIBLE SETTLEMENT TERMS** on your outstanding balance at this time. We would like to extend the following options to you to make repaying your account balance a very attainable short-term goal:

**Option #1:** Settle your account for a lump-sum payoff of $ 892.50. That is a savings of 48% on your outstanding account balance!

**Option #2:** Extend your time and settle your account in two payments of $ 540.65. That is a significant savings of $ 635.05 and you have the flexibility of paying the settlement in two payments over 2 months!

**Option #3:** Further extend your time and settle your account in three payments of $ 420.51. This option saves you $ 454.83 and further extends your settlement payment term to 3 months!

To take advantage of this opportunity to settle your account, call one of our Account Representatives now at **1-800-279-3480**. As long as you haven't made other arrangements to repay this debt, you are eligible for this offer. Don't put this off. For accounting purposes, your first payment on your settlement must be received within 30 calendar days after the date of this letter. If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
MASSACHUSETTS OFFICE HOURS ARE 8AM TO 8PM M–TH, 8AM TO 5PM FRI, 8AM TO 12 NOON SAT.

- - - - - - - - - - - - - - - - - - - - - - - ✂ Detach Bottom Portion And Return With Payment ✂ - - - - - - - - - - - - - - - -

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

S-SDAMFC10 L-025 A-FAG394 O-001
P0FI7600412576 I12577

DARLENE P GOODWIN
256 MARKET ST APT 126
LOWELL MA 01852-1889

To contact us regarding your account, call:
1-800-279-3480

AllianceOne
Receivables Management Inc.

| Regarding |
|---|
| Capital One Bank |

| Client Reference Number | Account Number | Amount |
|---|---|---|
| 4121741540049686 | FAG394 | $ 1716.35 |

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 211128
EAGAN, MN 55121-1128

Daytime Phone # _____

Evening Phone # _____

Amount Paid: $

⬆ Please make check or money order payable to:

9700 BISSONNET, SUITE 2000
HOUSTON, TX 77036

**VENTUS CAPITAL SERVICES LP**
**1-800-978-2297**
**(713)784-9966**
Hours of Operation
8AM-9PM EST Monday - Thursday
8AM-12PM EST Friday - Saturday

ADDRESS SERVICE REQUESTED

2113477

CREDITOR: SHERMAN FINANCIAL GROUP
REFERENCE: 0621860110039670
CURRENT BALANCE: 1,287.53

03-14-2005

#BWNDLZK
#G000 05JL 2ZH3#

DARLENE P GOODWIN                    A707
256 MARKET ST APT 126               FM67
LOWELL MA 01852-1889                FOLL2-VC

VENTUS CAPITAL SERVICES LP
PO BOX 741148
HOUSTON TX 77274-1148

---

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment in full.*

Dear DARLENE P GOODWIN:

RE: Account number: 0621860110039670

We are concerned that we have not heard from you in reference to this delinquent account. We have offered you many options to resolve this account. Don't let your avoidance of a response be misconstrued as a refusal to pay. Our intent is to work with you and help you solve this problem. Maintaining your credit in today's economy is very important.

Don't let the opportunity to resolve your account pass you by. Contact our office today at 1-800-978-2297 to discuss the repayment options available to you.

*This communication is sent to you by Ventus Capital Services, L.P., a professional debt collector.*

**Please read the following important notices as they may affect your rights.**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the collection agency. If you wish to discuss this matter, please call us direct at the toll free number listed on this letter. Our office hours are 10 AM to 3 PM EST Monday thru Thursday.

Local address is 5230 Washington Street., West Roxbury, MA 02132

**LAW OFFICES**

# HOWARD LEE SCHIFF, P.C.

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
MANCHESTER, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
RUTLAND, VERMONT

510 Tolland Street    East Hartford, Connecticut 06108
Telephone (860) 528-1645    Facsimile (860) 528-7602

DARLENE P GOODWIN
256 MARKET ST APT 126
LOWELL MA    01852

November 15, 2006

RE: ERIN CAPITAL MANAGEMENT, LLC
DEBTOR: DARLENE P GOODWIN
CN-M58826
CURRENT BALANCE DUE:    $4,388.77

Dear DARLENE P GOODWIN

In the interest of resolving this debt with our client, we have been authorized to offer you a settlement of 50% of the balance due, IF RECEIVED AT OUR OFFICE BY DECEMBER 18, 2006. This is a substantial savings to you.    This settlement program is valid if funds are received HERE by MONDAY, DECEMBER 18, 2006.

You may also make this settlement using our Internet payment site WWW.PAYSCHIFF.COM. By resolving this NOW this debt will be marked settled and satisfied. Note that any PRIOR settlement arrangement is NOT included or affected in this offer.

Please note that settlement of this account may have some tax consequences. You may wish to contact your tax advisor or the IRS directly at (800) 829-1040.

Please call us at (866) 234-7606 if you are interested in taking advantage of this offer. We have many suggestions to assist you in acquiring settlement funds. Even if you are not able to take advantage of this offer at this time, we need to hear from you. Please refer to our file CN-M58826 in any contact with our firm.

Respectfully,


Law Offices Howard Lee Schiff, P.C.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A CLAIM OR DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

5S

# Direct Merchants Bank®

FOR 24 HOUR ACCOUNT ACCESS: **www.DirectMerchantsBank.com**

## T   I   T   A   N   I   U   M

**ACCOUNT NUMBER  5458 0012 5201 6930**

| TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | CASH ADVANCE CREDIT LIMIT* | CASH ADVANCE AVAILABLE CREDIT | OVER LIMIT AMOUNT |
|---|---|---|---|---|
| 1800 | 1800 | 1260 | 1260 | 0.00 |

| DATE OF TRANS. | POST | REFERENCE NUMBER | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 11/02 | 11/02 | 8545800N302F41V56 | PAYMENT - THANK YOU | 7.00 - | |
| | | *FINANCE CHARGE* | PURCHASES  $0.00 CASH ADVANCE  $0.08 | | 0.08 |

PLEASE DO NOT PAY, AS OF THIS STATEMENT DATE YOUR ACCOUNT HAS A CREDIT BALANCE

CASH THE ATTACHED CONVENIENCE CHECK - USE IT FOR PAYING BILLS,
UNEXPECTED EXPENSES, HOLIDAY PURCHASES OR ANY WAY YOU CHOOSE.
IT'S ANOTHER WAY TO ACCESS CASH WHEN YOU NEED IT.
(PLEASE VERIFY YOUR CASH ADVANCE AVAILABLE CREDIT BEFORE USING
YOUR CONVENIENCE CHECK. CASH ADVANCE APR AND FEES APPLY.)

WHAT WOULD YOU DO IF SUDDENLY YOU COULDN'T WORK?
HOW WOULD YOU PAY YOUR BILL? ACCOUNT PROTECTION PLUS PROVIDES
FINANCIAL RELIEF IF YOU LOSE YOUR JOB OR BECOME DISABLED.

USE YOUR DIRECT MERCHANTS BANK MASTERCARD FOR PURCHASES
BETWEEN 10/01/00 AND 12/31/00, AND YOU'LL HAVE A CHANCE TO WIN
YOUR DREAM HOME IN THE MASTERCARD A HOME FOR THE HOLIDAYS
SWEEPSTAKES. NO PURCHASE IS NECESSARY. PIN-BASED TRANSACTIONS
ARE NOT ELIGIBLE FOR AUTOMATIC ENTRY. RESTRICTIONS APPLY.

5994   Q3D   1     7          N 7        Page 1 of 2        8800   1200   DE69   0026   001109   O1AG5994          83107

UUЅЯ7—U
N

007522738 (4491) 31.77
PO BOX 550720
JACKSONVILLE FL 32255-0720
FORWARDING SERVICE REQUESTED

**OSI Collection Services, Inc.**
**(800)366-7000**

IllɪɪɪɪIIIɪdɪdɪɪdɪɪdɪɪɪIIIɪdɪdɪdɪɪɪɪdɪIIɪIIɪdɪɪd
DARLENE P GOODWIN
256 MARKET ST APT 126
LOWELL MA 01852-1889

*Identity Theft*

| CREDITOR:<br>Gulf State Credit |
| :---: |
| ACCOUNT #:<br>3947719633 |
| DATE:<br>JULY 03, 2002 |
| AMOUNT:<br>$2,553.45 |
| INTEREST:<br>$0.00 |
| BALANCE DUE:*<br>**$2,553.45** |

# COLLECTION NOTICE

Dear Darlene P Goodwin,

Our client is Gulf State Credit.  Your account was previously owned by ASPIRE, and was recently purchased by Gulf State Credit.  Your debt is, therefore, owed to Gulf State Credit.  They have reported to us that you owe them $2,553.45.

**This is an attempt to collect a debt and any information obtained**
**will be used for that purpose.  This communication is from a debt collector.**

Make your check or money order payable to OSI COLLECTION SERVICES, INC. and mail it in the enclosed envelope.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

541 Main Street, South Weymouth, MA 02190, (781)340-5060 for OSI Collection Services, Inc. -- (866)829-1233 for OSI Education Services, Inc.  Office hours: 8:00 a.m. to 5:00 p.m. Monday, Wednesday and Friday, 8:00 a.m. to 8:00 p.m. Tuesday and Thursday, 9:00 a.m.  to 12:00 p.m. Saturday, except holidays.

⬇ Detach Here ⬇

**Important:**
To insure proper credit, please return this portion to the address shown below with your payment.

IɪllɪdɪɪdɪdɪdɪdɪdIIɪɪdɪdɪllIIɪɪdɪll
OSI COLLECTION SERVICES, INC.
PO BOX 550720
JACKSONVILLE FL 32255-0720

| CREDITOR:<br>Gulf State Credit |
| :---: |
| ACCOUNT #:<br>3947719633 |
| DATE:<br>JULY 03, 2002 |
| AMOUNT:<br>$2,553.45 |
| INTEREST:<br>$0.00 |
| BALANCE DUE:<br>**$2,553.45** |

DARLENE P GOODWIN
256 MARKET ST APT 126

Dani  Small Claims  Session
HOUSING COURT  Division

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE

**PART 2**

NORFOLK FINANCIAL CORP
ASSIGNEE OF ASPIRE
1208 VFW Parkway, #201
West Roxbury, MA 02132
PHONE NO.   617-323-1533

Name: Dani  Small Claims  Session
BBO:
Address:
[File #0

PHONE NO:

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE

**PART 3**

DARLENE P GOODWIN
256 MARKET ST APT 126
LOWELL MA 01852

PHONE NO.

ADDITIONAL DEFENDANT

Name:

Address:

PHONE NO.

**PART 4**

**PLAINTIFF'S CLAIM:** The defendant owes $ **$2,000.00** plus $ ___ for the following reasons:

Give the date of the event that is the basis of your claim.

The defendant(s) (ss#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) named hereinabove is/are indebted to the plaintiff on account of moneys lent, credit extended for the purchase of goods and/or services in connection with former ASPIRE account #4791060118325132. The amount owed may include interest, costs and fees (all as provided for in the subject credit agreement) since May 5, 2002.

The plaintiff agrees to forego assessment of damages by waiving pre-trial attorneys' fees.

SIGNATURE OF PLAINTIFF  X ___    DATE  8/26/03

**PART 5**

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X ___    SIGNATURE OF PLAINTIFF    8/26/03  DATE

**NOTICE OF TRIAL**

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
Lowell District Court
41 Hurd Street
Lowell, MA 01852

DATE AND TIME    AT    8:30 a.m.
TIME
Fourth Session

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

**◄ COURT USE ONLY ►**

FIRST JUSTICE  Neil J. Walker

CLERK MAGISTRATE OR DESIGNEE  William A. Lisano

TS 1-6 of this form. See instructions on reverse
E LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

**INSTRUCTIONS FOR FILING A SMALL CLAIM — You mu ___**

ATENCIÓN: ESTE ES UN AVISO OFICIAL DE LA CO ___

# NORFOLK **FINANCIAL** CORP.

June 30, 2004

DARLENE P GOODWIN
256 MARKET ST APT 126
LOWELL MA 01852

Re:    Your ASPIRE Account #4791060118325132
       Your New Norfolk Financial #03007944
       Balance Including Interest: $2,204.64
       Settlement Offer Amount:    **$1,102.32**

Dear DARLENE P GOODWIN:

As you know, your ASPIRE account has been sold to **Norfolk Financial Corp.**  If anyone other than our office is contacting you on the above account, please let us know  - we are now the only people you need to deal with on this account!

**Norfolk Financial Corp.** will accept <u>fifty (50%) percent</u> to settle the outstanding account if payment is received within thirty (30) days of the date of this letter.  We take **VISA** and **MASTERCARD** ® and can do **CHECK-BY-PHONE.**  You can even pay your account with **Western Union Quick Collect** ®!

Take advantage of this settlement opportunity as this offer will only be available for a limited time by contacting one of our account representatives **toll free** at **888-949-0200 extension #1**.

Thank you for your attention to this matter!

Sincerely,

NORFOLK FINANCIAL CORP.

Note:  This letter and all communications from this office, a debt collector, are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

1104x2

1208 VFW Parkway, Suite 201, Boston, Massachusetts 02132
tel: 617-323-1533  fax:617-323-4605   toll free:888-949-0200

# NORFOLK FINANCIAL CORP

June 4, 2004

DARLENE P GOODWIN
256 MARKET ST APT 126
LOWELL MA 01852

Re:    Norfolk Financial Corp/DARLENE P GOODWIN
       Account #4791060118325132
       Our File Number: 03007944

Dear Mr. GOODWIN:

This letter acknowledges receipt of a recent payment in the amount of $30.00.

An additional 30.00 is due by July 06, 2004.

To insure proper crediting to the correct account, please note our file number on your check and enclose the bottom half of this letter with your payment to our new payment center address:

**NORFOLK FINANCIAL CORP.**
**c/o Century Bank**
**31 Boylston Street**
**Chestnut Hill, MA  02467-1719**